**EXHIBIT "1"**

United Convenience Supply, LLC

1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 5/20/2013 | 1004 |

| Bill To | Ship To |
|---|---|
| The Luxury Condom Co. (Pty) Ltd.<br>233 Chamberlain Road<br>Jacobs, Durban<br>4026 South Africa | SOUTH AFRICA |

| Cust P.O. No. | Deposit Terms | Balance Terms | Due Date | Inv# | FOB |
|---|---|---|---|---|---|
| | 50% Deposit Required | Before Shipment | 5/20/2013 | | CHINA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| E-Cigar Start Kit-... | Playboy Electronic Cigars Starter Kit - S Africa | | 1,250 | 17.00 | 21,250.00 |
| 50% Deposit | 50% Deposit Required = $10,625.00 | | | 0.00 | 0.00 |

50%

| Phone # | Web Site | E-mail | Total | $21,250.00 |
|---|---|---|---|---|
| 310-551-4100 | | nicholai@umdworld.com | | |