**EXHIBIT "2"**

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Proforma Invoice

| UCS Wire Instructions: | Date | Proforma # |
|---|---|---|
| Account Name: United Convenience Supply, LLC/ Bank Name: Wells Fargo Bank | | |
| Bank Account#: 7735 735 537 /Routing#: 121000248 | 10/24/2013 | 1057 |
| IBAN: WFBIUS6S | | |
| Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067 | | |

| Bill To | Ship To |
|---|---|
| The Luxury Condom Co. (Pty) Ltd.<br>231 Chamberlaon Road<br>Jacobs, 4026 South Africa | SOUTH AFRICA |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB / UCS PO |
|---|---|---|---|---|
| PO-1032D, 1026EC | 50% Deposit Required | UPON RECEIPT | Nic A | CHINA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBP-ECD-BT | Playboy Premium E-Cigarette(Disposable)-Bold Tobacco(Nicotine 2.4%) | | 22,800 | 2.59 | 59,052.00 |
| PBP-ECD-CT | Playboy Premium E-Cigarette(Disposable) - Classic Tobacco (Nicotine-1.8%) | | 22,800 | 2.59 | 59,052.00 |
| PBP-ECD-SMT1.1 | Playboy Premium E-Cigarette(Disposable) - Smooth Tobacco (Nicotine- 1.1%) | | 16,800 | 2.59 | 43,512.00 |
| PBP-ECD-ME | Playboy Premium E-Cigarette(Disposable) - Menthol (Nicotine- 1.8%) | | 20,400 | 2.59 | 52,836.00 |
| PBP-ECD-PEN1.1 | Playboy Premium E-Cigarette(Disposable) - Peach (Nicotine- 1.1%) | | 20,400 | 2.59 | 52,836.00 |
| PBP-ECD-VAN1.1 | Playboy Premium E-Cigarette(Disposable) - Vanilla (Nicotine- 1.1%) | | 20,400 | 2.59 | 52,836.00 |
| PBP-ECD-STN1.1 | Playboy Premium E-Cigarette(Disposable) - Strawberry (Nicotine- 1.1%) | | 20,400 | 2.59 | 52,836.00 |
| PBP-ECD-APN1.1 | Playboy Premium E-Cigarette (Disposable) - Apple (Nicotine 1.1%) | | 20,400 | 2.59 | 52,836.00 |
| Total Quantity | | | 164,400 | 0.00 | 0.00 |
| | Sub-Total | | | | 425,796.00 |
| PBP-ECD-5-BT2.4 | Playboy Premium E-Cigarette(Disposable) - Pack of 5 - Bold Tobacco 2.4% | | 2,160 | 11.00 | 23,760.00 |
| PBP-ECD-5-CT1.8 | Playboy Premium E-Cigarette(Disposable) - Pack of 5 - Classic Tobacco 1.8% | | 2,160 | 11.00 | 23,760.00 |
| PBP-ECD-5-SMT... | Playboy Premium E-Cigarette(Disposable) - Pack of 5 - Smooth Tobacco1.1% | | 2,160 | 11.00 | 23,760.00 |
| PBP-ECD-5-ME1.8 | Playboy Premium E-Cigarette(Disposable) - Pack of 5 - Menthol 1.8% | | 2,160 | 11.00 | 23,760.00 |
| Total Quantity | | | 8,640 | 0.00 | 0.00 |
| | Sub-Total | | | | 95,040.00 |
| PBP-ECK-BT | Playboy Premium E-Cigarette(Kit)-Bold Tobacco(Nicotine 2.4%) | | 3,456 | 4.95 | 17,107.20 |

| Phone # | Web Site | E-mail | Total |
|---|---|---|---|
| 310-551-4100 | | | |

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 10/24/2013 | 1057 |

UCS Wire Instructions :
Account Name: United Convenience Supply, LLC/ Bank Name : Wells Fargo Bank
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Bill To | Ship To |
|---|---|
| The Luxury Condom Co. (Pty) Ltd.<br>231 Chamberlaon Road<br>Jacobs, 4026 South Africa | SOUTH AFRICA |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB / UCS PO |
|---|---|---|---|---|
| PO-1032D,1026EC | 50% Deposit Required | UPON RECEIPT | Nic A | CHINA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBP-ECK-CT | Playboy Premium E-Cigarette(Kit) - Classic Tobacco (Nicotine-1.8%) | | 3,456 | 4.95 | 17,107.20 |
| PBP-ECK-APN1.1 | Playboy Premium E-Cigarette(Kit) - Apple (Nicotine- 1.1%) | | 1,728 | 4.95 | 8,553.60 |
| PBP-ECK-ME | Playboy Premium E-Cigarette(Kit) - Menthol (Nicotine- 1.8%) | | 1,728 | 4.95 | 8,553.60 |
| PBP-ECK-PEN1.1 | Playboy Premium E-Cigarette(Kit) - Peach (Nicotine- 1.1%) | | 1,728 | 4.95 | 8,553.60 |
| PBP-ECK-VAN1.1 | Playboy Premium E-Cigarette(Kit) - Vanilla (Nicotine- 1.1%) | | 1,728 | 4.95 | 8,553.60 |
| PBP-ECK-STN1.1 | Playboy Premium E-Cigarette(Kit) - Strawberry (Nicotine- 1.1%) | | 1,728 | 4.95 | 8,553.60 |
| PBP-ECK-ULTN... | Playboy Premium E-Cigarette(Kit) - Ultra Light Tobacco (Nicotine- 1.1%) | | 1,728 | 4.95 | 8,553.60 |
| Total Quantity | | | 17,280 | 0.00 | 0.00 |
| | Sub-Total | | | | 85,536.00 |
| PBP-ECR-BT | Playboy Premium E-Cigarette(Refill Pack)-Bold Tobacco(Nicotine 2.4%) | | 4,032 | 2.59 | 10,442.88 |
| PBP-ECR-CT | Playboy Premium E-Cigarette(Refill Pack) - Classic Tobacco (Nicotine-1.8%) | | 4,032 | 2.59 | 10,442.88 |
| PBP-ECR-APN1.1 | Playboy Premium E-Cigarette (Refill Pack) - Apple (Nicotine- 1.1%) | | 2,880 | 2.59 | 7,459.20 |
| PBP-ECR-ME | Playboy Premium E-Cigarette(Refill Pack) - Menthol (Nicotine- 1.8%) | | 2,880 | 2.59 | 7,459.20 |
| PBP-ECR-VAN1.1 | Playboy Premium E-Cigarette(Refill Pack) - Vanilla (Nicotine- 1.1%) | | 2,880 | 2.59 | 7,459.20 |
| PBP-ECR-PEN1.1 | Playboy Premium E-Cigarette(Refill Pack) - Peach (Nicotine- 1.1%) | | 2,880 | 2.59 | 7,459.20 |
| PBP-ECR-STN1.1 | Playboy Premium E-Cigarette(Refill Pack) - Strawberry (Nicotine- 1.1%) | | 2,880 | 2.59 | 7,459.20 |
| PBP-ECR-ULTN1.1 | Playboy Premium E-Cigarette(Refill Pack) - Ultra Light Tobacco (Nicotine- 1.1%) | | 2,880 | 2.59 | 7,459.20 |
| Total Quantity | | | 25,344 | 0.00 | 0.00 |

| Phone # | Web Site | E-mail | Total |
|---|---|---|---|
| 310-551-4100 | | | |

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Proforma Invoice

UCS Wire Instructions :
Account Name: United Convenience Supply, LLC/ Bank Name : Wells Fargo Bank
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Date | Proforma # |
|---|---|
| 10/24/2013 | 1057 |

| Bill To | Ship To |
|---|---|
| The Luxury Condom Co. (Pty) Ltd.<br>231 Chamberlaon Road<br>Jacobs, 4026 South Africa | SOUTH AFRICA |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB / UCS PO |
|---|---|---|---|---|
| PO-1032D.1026EC | 50% Deposit Required | UPON RECEIPT | Nic A | CHINA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| | Sub-Total | | | | 65,640.96 |
| PBH-DISP-AP | Playboy Hookah (Disposable) - Apple(Nicotine 0%) | | 6,480 | 3.50 | 22,680.00 |
| PBH-DISP-AP1.1 | Playboy Hookah (Disposable) - Apple(Nicotine 1.1%) | | 6,480 | 3.50 | 22,680.00 |
| PBH-DISP-MT | Playboy Hookah (Disposable) - Mint Tea (Nicotine 0%) | | 6,480 | 3.50 | 22,680.00 |
| PBH-DISP-MTN1.1 | Playboy Hookah (Disposable) - Mint Tea (Nicotine 1.1%) | | 6,480 | 3.50 | 22,680.00 |
| PBH-DISP-CO | Playboy Hookah (Disposable) - Chocolate (Nicotine 0%) | | 6,480 | 3.50 | 22,680.00 |
| PBH-DISP-CON1.1 | Playboy Hookah (Disposable) - Chocolate (Nicotine 1.1%) | | 6,480 | 3.50 | 22,680.00 |
| PBH-DISP-VA | Playboy Hookah (Disposable) - Vanilla(Nicotine 0%) | | 6,480 | 3.50 | 22,680.00 |
| PBH-DISP-VAN1.1 | Playboy Hookah (Disposable) - Vanilla(Nicotine 1.1%) | | 6,480 | 3.50 | 22,680.00 |
| PBH-DISP-ST | Playboy Hookah (Disposable) - Strawberry (Nicotine 0%) | | 6,480 | 3.50 | 22,680.00 |
| PBH-DISP-STN1.1 | Playboy Hookah (Disposable) - Strawberry (Nicotine 1.1%) | | 6,480 | 3.50 | 22,680.00 |
| PBH-DISP-CH | Playboy Hookah (Disposable) - Cherry (Nicotine 0%) | | 7,200 | 3.50 | 25,200.00 |
| PBH-DISP-CHN1.1 | Playboy Hookah (Disposable) - Cherry (Nicotine 1.1%) | | 7,200 | 3.50 | 25,200.00 |
| PBH-DISP-GR | Playboy Hookah (Disposable) - Grape (Nicotine 0%) | | 8,640 | 3.50 | 30,240.00 |
| PBH-DISP-GRN1.1 | Playboy Hookah (Disposable) - Grape (Nicotine 1.1%) | | 8,640 | 3.50 | 30,240.00 |
| Total Quantity | | | 96,480 | 0.00 | 0.00 |
| | Sub-Total | | | | 337,680.00 |

| Phone # | Web Site | E-mail | Total |
|---|---|---|---|
| 310-551-4100 | | | |

United Convenience Supply. LLC
1901 Ave. of the Stars. Suite 470
Los Angeles, CA 90067

# Proforma Invoice

| UCS Wire Instructions |
| --- |
| Account Name: United Convenience Supply, LLC/ Bank Name : Wells Fargo Bank |
| Bank Account#: 7735 735 537 /Routing# : 121000248 |
| IBAN : WFBIUS6S |
| Bank Address: 1801 Ave of the Stars. Los Angeles. CA 90067 |

| Date | Proforma # |
| --- | --- |
| 10/24/2013 | 1057 |

| Bill To | Ship To |
| --- | --- |
| The Luxury Condom Co. (Pty) Ltd.<br>231 Chamberlaon Road<br>Jacobs, 4026 South Africa | SOUTH AFRICA |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB / UCS PO |
| --- | --- | --- | --- | --- |
| PO-1032D,1026EC | 50% Deposit Required | UPON RECEIPT | Nic A | CHINA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
| --- | --- | --- | --- | --- | --- |
| PBEL-EHRP-MT... | Playboy Rechargeable E-Hookah Refill Packs - Mint Tea (Nicotine 0% | | 1,920 | 1.29 | 2,476.80 |
| PBEL-EHRP-MT... | Playboy Rechargeable E-Hookah Refill Packs - Mint Tea (Nicotine 1.1% | | 1,920 | 1.29 | 2,476.80 |
| PBEL-EHRP-MT... | Playboy Rechargeable E-Hookah Refill Packs - Mint Tea (Nicotine 1.8% | | 1,920 | 1.29 | 2,476.80 |
| PBEL-EHRP-CO... | Playboy Rechargeable E-Hookah Refill Packs - Chocolate (Nicotine 0.0% | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-CO... | Playboy Rechargeable E-Hookah Refill Packs - Chocolate (Nicotine 1.8% | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-CO... | Playboy Rechargeable E-Hookah Refill Packs - Chocolate (Nicotine 1.1% | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-VA... | Playboy Rechargeable E-Hookah Refill Packs - Vanilla (Nicotine 0% | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-VA... | Playboy Rechargeable E-Hookah Refill Packs - Vanilla (Nicotine 1.8% | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-VA... | Playboy Rechargeable E-Hookah Refill Packs - Vanilla (Nicotine 1.1% | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-ST0.0 | Playboy Rechargeable E-Hookah Refill Packs - Strawberry (Nicotine 0% | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-ST1.8 | Playboy Rechargeable E-Hookah Refill Packs - Strawberry (Nicotine 1.8% | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-ST1.1 | Playboy Rechargeable E-Hookah Refill Packs - Strawberry (Nicotine 1.1%) | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-CH... | Playboy Rechargeable E-Hookah Refill Packs - Cherry (Nicotine 0%) | | 3,200 | 1.29 | 4,128.00 |
| PBEL-EHRP-CH... | Playboy Rechargeable E-Hookah Refill Packs - Cherry (Nicotine 1.8%) | | 3,200 | 1.29 | 4,128.00 |
| PBEL-EHRP-CH... | Playboy Rechargeable E-Hookah Refill Packs - Cherry (Nicotine 1.1%) | | 3,200 | 1.29 | 4,128.00 |
| PBEL-EHRP-GR0.0 | Playboy Rechargeable E-Hookah Refill Packs - Grape (Nicotine 0% | | 3,840 | 1.29 | 4,953.60 |
| PBEL-EHRP-GR1.8 | Playboy Rechargeable E-Hookah Refill Packs - Grape (Nicotine 1.8% | | 3,840 | 1.29 | 4,953.60 |

| Phone # | Web Site | E-mail | Total |
| --- | --- | --- | --- |
| 310-551-4100 | | | |

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 10/24/2013 | 1057 |

UCS Wire Instructions
Account Name: United Convenience Supply, LLC/ Bank Name : Wells Fargo Bank
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Bill To | Ship To |
|---|---|
| The Luxury Condom Co. (Pty) Ltd.<br>231 Chamberlaon Road<br>Jacobs, 4026 South Africa | SOUTH AFRICA |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB / UCS PO |
|---|---|---|---|---|
| PO-1032D,1026EC | 50% Deposit Required | UPON RECEIPT | Nic A | CHINA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBEL-EHRP-GR1.1 | Playboy Rechargeable E-Hookah Refill Packs - Grape (Nicotine 1.1%) | | 3,840 | 1.29 | 4,953.60 |
| PBEL-EHRP-AP0.0 | Playboy Rechargeable E-Hookah Refill Packs - Apple (Nicotine 0%) | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-AP1.8 | Playboy Rechargeable E-Hookah Refill Packs - Apple (Nicotine 1.8%) | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-AP1.1 | Playboy Rechargeable E-Hookah Refill Packs - Apple (Nicotine 1.1%) | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-CC0.0 | Playboy Rechargeable E-Hookah Refill Packs - Cuban Cigar(Nicotine 0.0%) | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-CC1.8 | Playboy Rechargeable E-Hookah Refill Packs - Cuban Cigar(Nicotine 1.8%) | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-CC2.4 | Playboy Rechargeable E-Hookah Refill Packs - Cuban Cigar(Nicotine 2.4%) | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-CT0.0 | Playboy Rechargeable E-Hookah Refill Packs - Classic Tobacco (Nicotine 0%) | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-CT1.8 | Playboy Rechargeable E-Hookah Refill Packs - Classic Tobacco (Nicotine 1.8%) | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-CT1.1 | Playboy Rechargeable E-Hookah Refill Packs - Classic Tobacco (Nicotine 1.1%) | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-ME... | Playboy Rechargeable E-Hookah Refill Packs - Menthol (Nicotine 0%) | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-ME... | Playboy Rechargeable E-Hookah Refill Packs - Menthol (Nicotine 1.8%) | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-ME... | Playboy Rechargeable E-Hookah Refill Packs - Menthol (Nicotine 1.1%) | | 2,560 | 1.29 | 3,302.40 |
| PBEL-EHRP-BB0.0 | Playboy Rechargeable E-Hookah Refill Packs - Blueberry (Nicotine 0%) | | 1,280 | 1.29 | 1,651.20 |
| PBEL-EHRP-BB1.8 | Playboy Rechargeable E-Hookah Refill Packs - Blueberry (Nicotine 1.8%) | | 1,280 | 1.29 | 1,651.20 |
| PBEL-EHRP-BB1.1 | Playboy Rechargeable E-Hookah Refill Packs - Blueberry (Nicotine 1.1%) | | 1,280 | 1.29 | 1,651.20 |
| PBEL-EHRP-BG0.0 | Playboy Rechargeable E-Hookah Refill Packs - Bubble Gum (Nicotine 0.0%) | | 3,200 | 1.29 | 4,128.00 |

| Phone # | Web Site | E-mail | Total |
|---|---|---|---|
| 310-551-4100 | | | |

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Proforma Invoice

| UCS Wire Instructions :                                                                 |
|-----------------------------------------------------------------------------------------|
| Account Name: United Convenience Supply, LLC/ Bank Name : Wells Fargo Bank              |
| Bank Account#: 7735 735 537 /Routing# : 121000248                                       |
| IBAN : WFBIUS6S                                                                         |
| Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067                              |

| Date | Proforma # |
|---|---|
| 10/24/2013 | 1057 |

| Bill To | Ship To |
|---|---|
| The Luxury Condom Co. (Pty) Ltd.<br>231 Chamberlaon Road<br>Jacobs, 4026 South Africa | SOUTH AFRICA |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB / UCS PO |
|---|---|---|---|---|
| PO-1032D.1026EC | 50% Deposit Required | UPON RECEIPT | Nic A | CHINA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBEL-EHRP-BG1.8 | Playboy Rechargeable E-Hookah Refill Packs - Bubble Gum (Nicotine 1.8% | | 3,200 | 1.29 | 4,128.00 |
| PBEL-EHRP-BG1.1 | Playboy Rechargeable E-Hookah Refill Packs - Bubble Gum (Nicotine 1.1% | | 3,200 | 1.29 | 4,128.00 |
| PBEL-EHRP-TF0.0 | Playboy Rechargeable E-Hookah Refill Packs - Tutti Fruti (Nicotine 0.0% | | 3,200 | 1.29 | 4,128.00 |
| PBEL-EHRP-TF1.8 | Playboy Rechargeable E-Hookah Refill Packs - Tutti Fruti (Nicotine 1.8% | | 3,200 | 1.29 | 4,128.00 |
| PBEL-EHRP-TF1.1 | Playboy Rechargeable E-Hookah Refill Packs - Tutti Fruti (Nicotine 1.1% | | 3,200 | 1.29 | 4,128.00 |
| PBEL-EHRP-WM... | Playboy Rechargeable E-Hookah Refill Packs - Watermelon (Nicotine 0% | | 3,840 | 1.29 | 4,953.60 |
| PBEL-EHRP-WM... | Playboy Rechargeable E-Hookah Refill Packs - Watermelon (Nicotine 1.8% | | 3,840 | 1.29 | 4,953.60 |
| PBEL-EHRP-WM... | Playboy Rechargeable E-Hookah Refill Packs - Watermelon (Nicotine 1.1% | | 3,840 | 1.29 | 4,953.60 |
| Total Quantity | | | 115,200 | 0.00 | 0.00 |
| | Sub-Total | | | | 148,608.00 |
| PBH-RR-BEGO | Playboy Hookah (Rechargeable/Refillable)- Black EGO | | 720 | 7.50 | 5,400.00 |
| PBH-RR-WEGO | Playboy Hookah (Rechargeable/Refillable)- White EGO | | 720 | 7.50 | 5,400.00 |
| PBH-RR-PEGO | Playboy Hookah (Rechargeable/Refillable)- Pink EGO | | 720 | 7.50 | 5,400.00 |
| Total Quantity | | | 2,160 | 0.00 | 0.00 |
| | Sub-Total | | | | 16,200.00 |
| PBH-RR-SEGO-R... | Playboy Hookah (Rechargeable/Refillable)- Silver EGO with Replacement Wicks | | 8,640 | 8.50 | 73,440.00 |
| | Sub-Total | | | | 73,440.00 |
| Total Quantity | | | | 0.00 | 0.00 |
| Discount | 5% Discount | | | -62,397.05 | -62,397.05 |

| Phone # | Web Site | E-mail | **Total** |
|---|---|---|---|
| 310-551-4100 | | | |

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 10/24/2013 | 1057 |

UCS Wire Instructions :
Account Name: United Convenience Supply, LLC/ Bank Name : Wells Fargo Bank
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Bill To | Ship To |
|---|---|
| The Luxury Condom Co. (Pty) Ltd.<br>231 Chamberlaon Road<br>Jacobs, 4026 South Africa | SOUTH AFRICA |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB / UCS PO |
|---|---|---|---|---|
| PO-1032D,1026EC | 50% Deposit Required | UPON RECEIPT | Nic A | CHINA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| | CONT 2 : 4 X 20FT /<br>TOTAL $1,247,940.96<br>Less: 5% Discount $62,397.05<br>Net Due $1,185,543.91<br>TERMS :<br>50% DEPOSIT DUE =$592,771.95<br>Less : Wire Received ($350,000.00)<br>Wire Received ($225,782.56)<br>11-20-13<br>CM#1039 ($1,652.40)<br>Wire E-cigars ($10,625.00)<br>5-28-13<br>Balance Still Due on Deposit = $4,711.99<br><br>BALANCE BEFORE SHIPMENT<br>Revised 11-11-13, 10-28-13, 11-18-13(with 1.1% sku's added),11-25-13,11-27-13(5 pcks inc to 2160)& net CM & deposit on e-cigars | | | | |

| Phone # | Web Site | E-mail | Total | $1,185,543.91 |
|---|---|---|---|---|
| 310-551-4100 | | | | |