**EXHIBIT "3"**

United Medical Devices
Suite 470
Los Angeles, CA 90067

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 11/15/2013 | 2189 |

UMD WIRE INSTRUCTIONS:
Account Name : United Medical Devices LLC
Bank Acct# : 9765610986/ Routing#: 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles. CA 90067

| Name / Address | Ship To |
|---|---|
| The Luxury Condom Co.(Pty) Ltd.<br>233 Chamberlain Road<br>Jacobs. Durban<br>4026 South Africa | The Luxury Condom Co.(Pty) Ltd.<br>233 Chamberlain Road<br>Jacobs. Durban<br>4026 South Africa |

| Rep | P.O. No. | Terms | Due Date | FOB |
|---|---|---|---|---|
| NA | PO-2139 | 50% at order | | Thailand |

| Description | Gross | Pieces | Rate | Total |
|---|---|---|---|---|
| Playboy Condoms Dotted - Box of 3 - South Africa. Shrink Wrapped (No Hanger) | 1.080 | | 12.48 | 13,478.40 |
| Playboy Condoms Dotted - Box of 3 - South Africa. with Cardboard Hanger | 1.080 | | 12.48 | 13,478.40 |
| Playboy Condoms Large Size - Box of 3 - South Africa. Shrink Wrapped (No Hanger) | 1.080 | | 12.48 | 13,478.40 |
| Playboy Condoms Large Size - Box of 3 - South Africa. with Cardboard Hanger | 1.080 | | 12.48 | 13,478.40 |
| Playboy Condoms Strawberry - Box of 3 - South Africa. Shrink Wrapped (No Hanger) | 1.080 | | 12.48 | 13,478.40 |
| Playboy Condoms Strawberry - Box of 3 - South Africa. with Cardboard Hanger | 1.080 | | 12.48 | 13,478.40 |
| Playboy Condoms Ultra Thin - Box of 3 - South Africa. Shrink Wrapped (No Hanger) | 2.700 | | 12.48 | 33,696.00 |
| Playboy Condoms Ultra Thin - Box of 3 - South Africa. with Cardboard Hanger | 2.700 | | 12.48 | 33,696.00 |
| Playboy Condoms 3 in 1 - Box of 3 - South Africa. Shrink Wrapped (No Hanger) | 2.700 | | 12.48 | 33,696.00 |
| Playboy Condoms 3 in 1 - Box of 3 - South Africa. with Cardboard Hanger | 2.700 | | 12.48 | 33,696.00 |
| Playboy Condoms Lubricated - Box of 3 - South Africa. Shrink Wrapped (No Hanger) | 1.080 | | 12.48 | 13,478.40 |
| Playboy Condoms Lubricated - Box of 3 - South Africa. with Cardboard Hanger | 1.080 | | 12.48 | 13,478.40 |

**Total**

**United Medical Devices**
Suite 470
Los Angeles, CA 90067

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 11/15/2013 | 2189 |

UMD WIRE INSTRUCTIONS:
Account Name : United Medical Devices LLC
Bank Acct# : 9765610986/ Routing#: 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Name / Address | Ship To |
|---|---|
| The Luxury Condom Co.(Pty) Ltd.<br>233 Chamberlain Road<br>Jacobs. Durban<br>4026 South Africa | The Luxury Condom Co.(Pty) Ltd.<br>233 Chamberlain Road<br>Jacobs. Durban<br>4026 South Africa |

| Rep | P.O. No. | Terms | Due Date | FOB |
|---|---|---|---|---|
| NA | PO-2139 | 50% at order | | Thailand |

| Description | Gross | Pieces | Rate | Total |
|---|---|---|---|---|
| Playboy Condoms Ribbed - Box of 3 - South Africa, Shrink Wrapped (No Hanger) | 1,080 | | 12.48 | 13,478.40 |
| Playboy Condoms Ribbed - Box of 3 - South Africa, with Cardboard Hanger | 1,080 | | 12.48 | 13,478.40 |
| Total Gross<br>Sub-Total | 21,600 | | 0.00 | 0.00<br>269,568.00 |
| 4 x 20' CONT<br>TERMS : 50% DEPOSIT DUE = $134,784.00.<br>BALANCE BEFORE SHIPMENT<br>Rev 11-19-13,11-20-13,12-18-13, 2-7-14, 2-11-14<br>WIRE RECEIVED 11-11-13<br>CREDIT MEMO<br>WIRE RECEIVED 1-12-13 (FEE $25) | | | -150,000.00<br>-7,236.00<br>-112,332.00 | -150,000.00<br>-7,236.00<br>-112,332.00 |

| Total | $0.00 |
|---|---|