**EXHIBIT "4"**

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 3/25/2014 | 1102 |

UCS Wire Instructions:
Bank Name: Wells Fargo Bank
Account Name: United Convenience Supply, LLC
Bank Account#: 7735 735 537 /Routing#: 121000248
IBAN: WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90062

| Bill To | Ship To |
|---|---|
| The Luxury Condom Co (Pty) Ltd<br>231 Chamberlain Road<br>Jacobs 4026<br>South Africa | INDIA |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB / UCS PO |
|---|---|---|---|---|
| Ecig#1056 | | | Nic A | CHINA/LA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBP-ECD-BT | Playboy Premium E-Cigarette(Disposable)-Bold Tobacco(Nicotine 2.4%) | | 8,640 | 1.76 | 15,206.40 |
| PBP-ECD-CT | Playboy Premium E-Cigarette(Disposable) - Classic Tobacco (Nicotine-1.8%) | | 8,640 | 1.76 | 15,206.40 |
| PBP-ECD-SMT0.8 | Playboy Premium E-Cigarette (Disposable) - Smooth Tobacco (8mg Nicotine) | | 7,440 | 1.76 | 13,094.40 |
| PBP-ECD-ME | Playboy Premium E-Cigarette(Disposable) - Menthol (Nicotine- 1.8%) | | 6,000 | 1.76 | 10,560.00 |
| PBP-ECD-PE | Playboy Premium E-Cigarette (Disposable) - Peach (0mg Nicotine) | | 3,360 | 1.76 | 5,913.60 |
| PBP-ECD-VA | Playboy Premium E-Cigarette (Disposable) - Vanilla (0mg Nicotine) | | 3,360 | 1.76 | 5,913.60 |
| PBP-ECD-ST | Playboy Premium E-Cigarette (Disposable) - Strawberry (0mg Nicotine) | | 3,360 | 1.76 | 5,913.60 |
| PBP-ECD-AP | Playboy Premium E-Cigarette (Disposable) - Apple (0mg Nicotine) | | 3,360 | 1.76 | 5,913.60 |
| Total Quantity | Sub-Total | | 44,160 | 0.00 | 0.00<br>77,721.60 |
| PBP-ECD-APN1.8 | Playboy Premium E-Cigarette (Disposable) - Apple (18mg Nicotine) | | 864 | 1.76 | 1,520.64 |
| PBP-ECD-PEN1.8 | Playboy Premium E-Cigarette (Disposable) - Peach (18mg Nicotine) | | 1,152 | 1.76 | 2,027.52 |
| PBP-ECD-VAN1.8 | Playboy Premium E-Cigarette (Disposable) - Vanilla (18mg Nicotine) | | 1,152 | 1.76 | 2,027.52 |
| PBP-ECD-STN1.8 | Playboy Premium E-Cigarette (Disposable) - Strawberry (18mg Nicotine) | | 1,152 | 1.76 | 2,027.52 |
| Total Quantity | Sub-Total | | 4,320 | 0.00 | 0.00<br>7,603.20 |
| PBP-ECD-5-BT2.4 | Playboy Premium E-Cigarette(Disposable) - Pack of 5 - Bold Tobacco 2.4% | | 1,080 | 6.70 | 7,236.00 |

| Phone # | Web Site | E-mail | Total |
|---|---|---|---|
| 310-551-4100 | www.plaboyvapor.com | nicholai@ucs-world.com | |

Page 1

United Convenience Supply, LLC

1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 3/25/2014 | 1102 |

UCS Wire Instructions :
Bank Name : Wells Fargo Bank
Account Name: United Convenience Supply, LLC
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90062

| Bill To | Ship To |
|---|---|
| The Luxury Condom Co (Pty) Ltd<br>231 Chamberlain Road<br>Jacobs 4026<br>South Africa | INDIA |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB / UCS PO |
|---|---|---|---|---|
| Ecig#1056 | | | Nic A | CHINA/LA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBP-ECD-5-CT1.8 | Playboy Premium E-Cigarette(Disposable) - Pack of 5 - Classic Tobacco 1.8% | | 1,080 | 6.70 | 7,236.00 |
| PBP-ECD-5-SMT... | Playboy Premium E-Cigarette (Disposable) - Pack of 5 - Smooth Tobacco (8mg Nicotine) | | 1,080 | 6.70 | 7,236.00 |
| PBP-ECD-5-ME1.8 | Playboy Premium E-Cigarette(Disposable) - Pack of 5 - Menthol 1.8% | | 1,080 | 6.70 | 7,236.00 |
| Total Quantity | | | 1,320 | 0.00 | 0.00 |
| | Sub-Total | | | | 28,944.00 |
| PBP-ECK-AP | Playboy Premium E-Cigarette (Kit) - Apple (0mg Nicotine) | | 864 | 3.30 | 2,851.20 |
| PBP-ECK-PE | Playboy Premium E-Cigarette (Kit) - Peach (0mg Nicotine) | | 864 | 3.30 | 2,851.20 |
| PBP-ECK-VA | Playboy Premium E-Cigarette (Kit) - Vanilla (0mg Nicotine) | | 864 | 3.30 | 2,851.20 |
| PBP-ECK-ST | Playboy Premium E-Cigarette (Kit) - Strawberry (0mg Nicotine) | | 864 | 3.30 | 2,851.20 |
| Total Quantity | | | 3,456 | 0.00 | 0.00 |
| | Sub-Total | | | | 11,404.80 |
| PBP-ECR-BT | Playboy Premium E-Cigarette(Refill Pack)-Bold Tobacco(Nicotine 2.4%) | | 576 | 1.83 | 1,054.08 |
| PBP-ECR-CT | Playboy Premium E-Cigarette(Refill Pack) - Classic Tobacco (Nicotine-1.8%) | | 576 | 1.83 | 1,054.08 |
| PBP-ECR-SMT0.8 | Playboy Premium E-Cigarette (Refill Pack) - Smooth (8mg Nicotine) | | 1,152 | 1.83 | 2,108.16 |
| PBP-ECR-AP | Playboy Premium E-Cigarette (Refill Pack) - Apple (0mg Nicotine) | | 1,440 | 1.83 | 2,635.20 |
| PBP-ECR-ME | Playboy Premium E-Cigarette(Refill Pack) - Menthol (Nicotine- 1.8%) | | 1,440 | 1.83 | 2,635.20 |
| PBP-ECR-VA | Playboy Premium E-Cigarette (Refill Pack) - Vanilla (0mg Nicotine) | | 1,440 | 1.83 | 2,635.20 |

| Phone # | Web Site | E-mail | Total |
|---|---|---|---|
| 310-551-4100 | www.plaboyvapor.com | nicholai@ucs-world.com | |

United Convenience Supply. LLC

1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 3/25/2014 | 1102 |

UCS Wire Instructions :
Bank Name : Wells Fargo Bank
Account Name: United Convenience Supply, LLC
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90062

| Bill To | Ship To |
|---|---|
| The Luxury Condom Co (Pty) Ltd<br>231 Chamberlain Road<br>Jacobs 4026<br>South Africa | INDIA |

| Cust P.O. No. | Deposit Terms | | Due Date | Rep | FOB / UCS PO |
|---|---|---|---|---|---|
| Ecig#1056 | | | | Nic A | CHINA/LA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBP-ECR-PE | Playboy Premium E-Cigarette (Refill Pack) - Peach (0mg Nicotine) | | 1,152 | 1.83 | 2,108.16 |
| PBP-ECR-ST | Playboy Premium E-Cigarette (Refill Pack) - Strawberry (0mg Nicotine) | | 1,440 | 1.83 | 2,635.20 |
| Total Quantity | Sub-Total | | 9,216 | 0.00 | 0.00<br>16,865.28 |
| PBH-DISP-AP | Playboy Hookah (Disposable) - Apple(Nicotine 0%) | | 2,016 | 2.86 | 5,765.76 |
| PBH-DISP-CP | Playboy Hookah (Disposable) - Cappuccino (0mg Nicotine) | | 2,016 | 2.86 | 5,765.76 |
| PBH-DISP-CO | Playboy Hookah (Disposable) - Chocolate (Nicotine 0%) | | 2,016 | 2.86 | 5,765.76 |
| PBH-DISP-VA | Playboy Hookah (Disposable) - Vanilla(Nicotine 0%) | | 2,016 | 2.86 | 5,765.76 |
| PBH-DISP-ST | Playboy Hookah (Disposable) - Strawberry (Nicotine 0%) | | 2,016 | 2.86 | 5,765.76 |
| PBH-DISP-WM | Playboy Hookah (Disposable) - Watermelon (0mg Nicotine) | | 2,016 | 2.86 | 5,765.76 |
| Total Quantity | Sub-Total | | 12,096 | 0.00 | 0.00<br>34,594.56 |
| PBH-RR-BEGO | Playboy Hookah (Rechargeable/Refillable)- Black EGO | | 432 | 4.90 | 2,116.80 |
| PBH-RR-WEGO | Playboy Hookah (Rechargeable/Refillable)- White EGO | | 432 | 4.90 | 2,116.80 |
| PBH-RR-PEGO | Playboy Hookah (Rechargeable/Refillable)- Pink EGO | | 432 | 4.90 | 2,116.80 |
| Total Quantity | Sub-Total | | 1,296 | 0.00 | 0.00<br>6,350.40 |
| PBH-RR-SEGO-R... | Playboy Hookah (Rechargeable/Refillable)- Silver EGO with Replacement Wicks | | 4,320 | 7.80 | 33,696.00 |
| Total Quantity | | | 4,320 | 0.00 | 0.00 |

| Phone # | Web Site | E-mail | Total |
|---|---|---|---|
| 310-551-4100 | www.plaboyvapor.com | nicholai@ucs-world.com | |

United Convenience Supply, LLC

1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 3/25/2014 | 1102 |

UCS Wire Instructions :
Bank Name : Wells Fargo Bank
Account Name: United Convenience Supply, LLC
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90062

| Bill To | Ship To |
|---|---|
| The Luxury Condom Co (Pty) Ltd<br>231 Chamberlain Road<br>Jacobs 4026<br>South Africa | INDIA |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB / UCS PO |
|---|---|---|---|---|
| Ecig#1056 | | | Nic A | CHINA/LA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| | Sub-Total | | | | 33,696.00 |
| PBEL-EHRP-AP1.8 | Playboy Rechargeable E-Hookah Refill Packs - Apple (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-AP2.4 | Playboy Rechargeable E-Hookah Refill Packs - Apple (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-BB1.8 | Playboy Rechargeable E-Hookah Refill Packs - Blueberry (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-BB2.4 | Playboy Rechargeable E-Hookah Refill Packs - Blueberry (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-CO... | Playboy Rechargeable E-Hookah Refill Packs - Chocolate (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-CO... | Playboy Rechargeable E-Hookah Refill Packs - Chocolate (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-CO... | Playboy Rechargeable E-Hookah Refill Packs - Chocolate (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-GR0.8 | Playboy Rechargeable E-Hookah Refill Packs - Grape (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-GR1.8 | Playboy Rechargeable E-Hookah Refill Packs - Grape (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-GR2.4 | Playboy Rechargeable E-Hookah Refill Packs - Grape (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-ME... | Playboy Rechargeable E-Hookah Refill Packs - Menthol (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-ME... | Playboy Rechargeable E-Hookah Refill Packs - Menthol (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-ME... | Playboy Rechargeable E-Hookah Refill Packs - Menthol (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-ST1.8 | Playboy Rechargeable E-Hookah Refill Packs - Strawberry (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-ST2.4 | Playboy Rechargeable E-Hookah Refill Packs - Strawberry (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-CT0.8 | Playboy Rechargeable E-Hookah Refill Packs - Classic Tobacco (8mg Nicotine) | | 640 | 0.66 | 422.40 |

| Phone # | Web Site | E-mail | Total |
|---|---|---|---|
| 310-551-4100 | www.plaboyvapor.com | nicholai@ucs-world.com | |

United Convenience Supply, LLC

1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 3/25/2014 | 1102 |

UCS Wire Instructions :
Bank Name : Wells Fargo Bank
Account Name: United Convenience Supply, LLC
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90062

| Bill To | Ship To |
|---|---|
| The Luxury Condom Co (Pty) Ltd<br>231 Chamberlain Road<br>Jacobs 4026<br>South Africa | INDIA |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB / UCS PO |
|---|---|---|---|---|
| Ecig#1056 | | | Nic A | CHINA/LA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBEL-EHRP-CT1.8 | Playboy Rechargeable E-Hookah Refill Packs - Classic Tobacco (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-CT2.4 | Playboy Rechargeable E-Hookah Refill Packs - Classic Tobacco (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-BG0.8 | Playboy Rechargeable E-Hookah Refill Packs - Bubble Gum (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-BG1.8 | Playboy Rechargeable E-Hookah Refill Packs - Bubble Gum (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-WM... | Playboy Rechargeable E-Hookah Refill Packs - Watermelon (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-WM... | Playboy Rechargeable E-Hookah Refill Packs - Watermelon (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-WM... | Playboy Rechargeable E-Hookah Refill Packs - Watermelon (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-MG... | Playboy Rechargeable E-Hookah Refill Packs - Mango (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-MG... | Playboy Rechargeable E-Hookah Refill Packs - Mango (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-MG... | Playboy Rechargeable E-Hookah Refill Packs - Mango (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-CC1.8 | Playboy Rechargeable E-Hookah Refill Packs - Cuban Cigar (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-CC2.4 | Playboy Rechargeable E-Hookah Refill Packs - Cuban Cigar (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-CP1.8 | Playboy Rechargeable E-Hookah Refill Packs - Cappuccino (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-CP2.4 | Playboy Rechargeable E-Hookah Refill Packs - Cappuccino (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-RU... | Playboy Rechargeable E-Hookah Refill Packs - Rum (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-RU... | Playboy Rechargeable E-Hookah Refill Packs - Rum (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-RU... | Playboy Rechargeable E-Hookah Refill Packs - Rum (24mg Nicotine) | | 640 | 0.66 | 422.40 |

| Phone # | Web Site | E-mail | Total |
|---|---|---|---|
| 310-551-4100 | www.plaboyvapor.com | nicholai@ucs-world.com | |

United Convenience Supply, LLC

1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

| UCS Wire Instructions : |
|---|
| Bank Name : Wells Fargo Bank |
| Account Name: United Convenience Supply, LLC |
| Bank Account#: 7735 735 537 /Routing# 121000248 |
| IBAN : WFBIUS6S |
| Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90062 |

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 3/25/2014 | 1102 |

| Bill To | Ship To |
|---|---|
| The Luxury Condom Co (Pty) Ltd<br>231 Chamberlain Road<br>Jacobs 4026<br>South Africa | INDIA |

| Cust P.O. No. | Deposit Terms | | Due Date | Rep | FOB / UCS PO |
|---|---|---|---|---|---|
| Ecig#1056 | | | | Nic A | CHINA/LA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBEL-EHRP-VK... | Playboy Rechargeable E-Hookah Refill Packs - Vodka (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-VK... | Playboy Rechargeable E-Hookah Refill Packs - Vodka (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-VK... | Playboy Rechargeable E-Hookah Refill Packs - Vodka (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-WH... | Playboy Rechargeable E-Hookah Refill Packs - Whisky (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-WH... | Playboy Rechargeable E-Hookah Refill Packs - Whisky (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-WH... | Playboy Rechargeable E-Hookah Refill Packs - Whisky (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-TF0.8 | Playboy Rechargeable E-Hookah Refill Packs - Tutti Fruti (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-TF1.8 | Playboy Rechargeable E-Hookah Refill Packs - Tutti Fruti (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-TF2.4 | Playboy Rechargeable E-Hookah Refill Packs - Tutti Fruti (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-VA... | Playboy Rechargeable E-Hookah Refill Packs - Vanilla (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-VA... | Playboy Rechargeable E-Hookah Refill Packs - Vanilla (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-CH... | Playboy Rechargeable E-Hookah Refill Packs - Cherry (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-CH... | Playboy Rechargeable E-Hookah Refill Packs - Cherry (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-CH... | Playboy Rechargeable E-Hookah Refill Packs - Cherry (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-LE... | Playboy Rechargeable E-Hookah Refill Packs - Lemon (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-LE... | Playboy Rechargeable E-Hookah Refill Packs - Lemon (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-LE... | Playboy Rechargeable E-Hookah Refill Packs - Lemon (24mg Nicotine) | | 640 | 0.66 | 422.40 |

| Phone # | Web Site | E-mail | Total |
|---|---|---|---|
| 310-551-4100 | www.plaboyvapor.com | nicholai@ucs-world.com | |

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 3/25/2014 | 1102 |

UCS Wire Instructions :
Bank Name : Wells Fargo Bank
Account Name: United Convenience Supply, LLC
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90062

| Bill To | Ship To |
|---|---|
| The Luxury Condom Co (Pty) Ltd<br>231 Chamberlain Road<br>Jacobs 4026<br>South Africa | INDIA |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB / UCS PO |
|---|---|---|---|---|
| Ecig#1056 | | | Nic A | CHINA/LA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBEL-EHRP-CO... | Playboy Rechargeable E-Hookah Refill Packs - Cola (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-CO... | Playboy Rechargeable E-Hookah Refill Packs - Cola (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-CO... | Playboy Rechargeable E-Hookah Refill Packs - Cola (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-EN0.8 | Playboy Rechargeable E-Hookah Refill Packs - Energy (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-EN1.8 | Playboy Rechargeable E-Hookah Refill Packs - Energy (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-EN2.4 | Playboy Rechargeable E-Hookah Refill Packs - Energy (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-LM... | Playboy Rechargeable E-Hookah Refill Packs - Lambert & Butler (8mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-LM... | Playboy Rechargeable E-Hookah Refill Packs - Lambert & Butler (18mg Nicotine) | | 640 | 0.66 | 422.40 |
| PBEL-EHRP-LM... | Playboy Rechargeable E-Hookah Refill Packs - Lambert & Butler (24mg Nicotine) | | 640 | 0.66 | 422.40 |
| Total Quantity | | | 37,760 | 0.00 | 0.00 |
| | Sub-Total | | | | 24,921.60 |
| Misc | TERMS : 50% DEPOSIT DUE = $121,050.72 . BALANCE WITHIN 30 DAYS FROM SHIP DATE<br>WIRE RECEIVED 3-31-14 (Bank Fee = $24.28) | | | -121,050.00 | -121,050.00 |
| Misc | WIRE RECEIVED 7-24-14 THRU THE LUXURY CONDOM | | | -121,050.72 | -121,050.72 |

| Phone # | Web Site | E-mail | Total | |
|---|---|---|---|---|
| 310-551-4100 | www.plaboyvapor.com | nicholai@ucs-world.com | | $0.72 |