# EXHIBIT "5"

# United Convenience Supply, LLC

1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/3/2014 | 2370 |

UCS Wire Instructions :
Account Name: United Convenience Supply, LLC/ Bank Name : Wells Fargo Bank
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Bill To | Ship To |
|---------|---------|
| The Luxury Condom Co.(Pty) Ltd.<br>233 Chamberlain Road<br>Jacobs, Durban<br>4026 South Africa | |

| UMD PO#/Mftr Inv# | Cust PO# / Pinv# | Terms | Due Date | ETD | FOB |
|---|---|---|---|---|---|
| | | Due on receipt | 4/4/2014 | | |

| Item Code | Gross | boxes | USD per gr... | Lot Number | Description | Amount |
|-----------|-------|-------|---------------|------------|-------------|--------|
| Yearly Distributor Fee | | | 1,000,000.00 | | Yearly Distributor Fee (April 1, 2014 - April 30, 2015) for Africa & India | 1,000,000.00 |
| Misc | | | -224,000.00 | | Payment received on 6/24/13 (received in UCS) for Lubri deposit Est#2182 | -224,000.00 |
| Misc | | | -201,600.00 | | Payment received on 9/27/13(received in UCS) for Lubri deposit Est#2182 | -201,600.00 |
| Misc | | | -150,000.00 | | Payment received on 11/11/13 for Condom deposit Est#2189 | -150,000.00 |
| Misc | | | -112,332.00 | | Payment received on 2/12/14 for Condom deposit Est#2189 | -112,332.00 |
| Misc | | | -7,236.00 | | CM#2350 - cost of condoms shipped to Essential for Life | -7,236.00 |
| Discount | | | -22,400.00 | | 10% Discount (confirmed by Nic) on the balance due on Lubri Est#2182 | -22,400.00 |
| | | | | | TERMS : BALANCE DUE IN FULL ON APR 4, 2014 | |

| E-mail | Web Site | Total | $282,432.00 |
|--------|----------|-------|-------------|
| | | Payments/Credits | $0.00 |
| | | **Balance Due** | $282,432.00 |