**EXHIBIT "7"**

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2014 | 1105 |

Wire Instructions:
Bank Name: Wells Fargo Bank
Account Name: United Convenience Supply, LLC
Bank Account#: 7735 735 537 / Routing# 121000248
IBAN: WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90067

PAID 11/09/2014

| Bill To | Ship To |
|---|---|
| Megacor Investments (Pty) Ltd<br>231 Chamberlain Road<br>Durban<br>4001<br>South Africa | India |

| Proforma Inv ... | UCS PO No. | Terms | Due Date | Rep | ETD | F.O.B. |
|---|---|---|---|---|---|---|
| | | | | Nic A | 11/10/2014 | |

| Item Code | Description | Pallet | Quantity | USD Price | Amount |
|---|---|---|---|---|---|
| PBP-ECD-BT | Playboy Premium E-Cigarette (Disposable) - Bold Tobacco (24mg Nicotine) | | 50,160 | 1.76 | 88,281.60 |
| PBP-ECD-CT | Playboy Premium E-Cigarette (Disposable) - Classic Tobacco (18mg Nicotine) | | 50,160 | 1.76 | 88,281.60 |
| PBP-ECD-ME | Playboy Premium E-Cigarette (Disposable) - Menthol (18mg Nicotine) | | 25,200 | 1.76 | 44,352.00 |
| PBP-ECD-SMT... | Playboy Premium E-Cigarette (Disposable) - Smooth Tobacco (8mg Nicotine) | | 50,160 | 1.76 | 88,281.60 |
| PBP-ECD-AP | Playboy Premium E-Cigarette (Disposable) - Apple (0mg Nicotine) | | 42,960 | 1.76 | 75,609.60 |
| PBP-ECD-PE | Playboy Premium E-Cigarette (Disposable) - Peach (0mg Nicotine) | | 22,560 | 1.76 | 39,705.60 |
| PBP-ECD-ST | Playboy Premium E-Cigarette (Disposable) - Strawberry (0mg Nicotine) | | 42,960 | 1.76 | 75,609.60 |
| PBP-ECD-VA | Playboy Premium E-Cigarette (Disposable) - Vanilla (0mg Nicotine) | | 22,560 | 1.76 | 39,705.60 |
| Total Quantity | | | 306,720 | 0.00 | 0.00 |
| | Sub-Total | | | | 539,827.20 |
| PBP-ECD-5-B... | Playboy Premium E-Cigarette (Disposable) - Pack of 5 - Bold Tobacco (24mg Nicotine) | | 10,080 | 6.70 | 67,536.00 |
| PBP-ECD-5-C... | Playboy Premium E-Cigarette (Disposable) - Pack of 5 - Classic Tobacco (18mg Nicotine) | | 10,080 | 6.70 | 67,536.00 |

| E-mail | Web Site | Total | |
|---|---|---|---|
| nicholai@ucs-world.com | www.playboyvapor.com | Payments/Credits | |
| | | Balance Due | |

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2014 | 1105 |

Wire Instructions :
Bank Name : Wells Fargo Bank
Account Name : United Convenience Supply, LLC
Bank Account# :7735 735 537 / Routing# 121000248
IBAN : WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90082

PAID 12/09/2014

| Bill To | Ship To |
|---|---|
| Megacor Investments (Pty) Ltd<br>231 Chamberlain Road<br>Durban<br>4001<br>South Africa | India |

| Proforma Inv ... | UCS PO No. | Terms | Due Date | Rep | ETD | F.O.B. |
|---|---|---|---|---|---|---|
|  |  |  |  | Nic A | 11/10/2014 |  |

| Item Code | Description | Pallet | Quantity | USD Price | Amount |
|---|---|---|---|---|---|
| PBP-ECD-5-M... | Playboy Premium E-Cigarette (Disposable) - Pack of 5 - Menthol (18mg Nicotine) |  | 5,040 | 6.70 | 33,768.00 |
| PBP-ECD-5-S... | Playboy Premium E-Cigarette (Disposable) - Pack of 5 - Smooth Tobacco (8mg Nicotine) |  | 10,080 | 6.70 | 67,536.00 |
| Total Quantity | Sub-Total |  | 35,280 | 0.00 | 0.00 |
|  |  |  |  |  | 236,376.00 |
| PBH-RR-BEGO | Playboy Hookah (Rechargeable/Refillable)- Black EGO |  | 25,384 | 4.90 | 124,381.60 |
| PBH-RR-PEGO | Playboy Hookah (Rechargeable/Refillable) - Pink EGO |  | 12,470 | 4.90 | 61,103.00 |
| PBH-RR-WEGO | Playboy Hookah (Rechargeable/Refillable) - White EGO |  | 12,336 | 4.90 | 60,446.40 |
| Total Quantity | Sub-Total |  | 50,190 | 0.00 | 0.00 |
|  |  |  |  |  | 245,931.00 |
| PBH-RR-SEGO... | Playboy Hookah (Rechargeable/Refillable) - Silver EGO with Replacement Wicks |  | 13,403 | 7.80 | 104,543.40 |
|  | Sub-Total |  |  |  | 104,543.40 |
| PBP-ECR-BT | Playboy Premium E-Cigarette (Refill Pack) - Bold Tobacco (24mg Nicotine) |  | 576 | 1.83 | 1,054.08 |
| PBP-ECR-CT | Playboy Premium E-Cigarette (Refill Pack) - Classic Tobacco (18mg Nicotine) |  | 576 | 1.83 | 1,054.08 |
| PBP-ECR-ME | Playboy Premium E-Cigarette (Refill Pack) - Menthol (18mg Nicotine) |  | 1,728 | 1.83 | 3,162.24 |

| E-mail | Web Site | Total |
|---|---|---|
| nicholai@ucs-world.com | www.playboyvapor.com | **Payments/Credits** |
|  |  | **Balance Due** |

United Convenience Supply, LLC

1901 Ave. of the Stars, Suite 470

Los Angeles, CA 90067

Tel No. 310-551-4100

# Invoice

| Date | Invoice # |
|---|---|
| 11/10/2014 | 1105 |

Wire Instructions :
Bank Name : Wells Fargo Bank
Account Name : United Convenience Supply, LLC
Bank Account# :7735 735 537 / Routing# 121000248
IBAN : WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90082

PAID 12/09/2014

| Bill To | Ship To |
|---|---|
| Megacor Investments (Pty) Ltd<br>231 Chamberlain Road<br>Durban<br>4001<br>South Africa | India |

| Proforma Inv ... | UCS PO No. | Terms | Due Date | Rep | ETD | F.O.B. |
|---|---|---|---|---|---|---|
|  |  |  |  | Nic A | 11/10/2014 |  |

| Item Code | Description | Pallet | Quantity | USD Price | Amount |
|---|---|---|---|---|---|
| PBP-ECR-SMT... | Playboy Premium E-Cigarette (Refill Pack) - Smooth (8mg Nicotine) |  | 2,304 | 1.83 | 4,216.32 |
| PBP-ECR-AP | Playboy Premium E-Cigarette (Refill Pack) - Apple (0mg Nicotine) |  | 2,304 | 1.83 | 4,216.32 |
| PBP-ECR-PE | Playboy Premium E-Cigarette (Refill Pack) - Peach (0mg Nicotine) |  | 1,728 | 1.83 | 3,162.24 |
| PBP-ECR-ST | Playboy Premium E-Cigarette (Refill Pack) - Strawberry (0mg Nicotine) |  | 2,304 | 1.83 | 4,216.32 |
| PBP-ECR-VA | Playboy Premium E-Cigarette (Refill Pack) - Vanilla (0mg Nicotine) |  | 2,304 | 1.83 | 4,216.32 |
| Total Quantity |  |  | 13,824 | 0.00 | 0.00 |
|  | Sub-Total |  |  |  | 25,297.92 |
| PBP-ECK-AP | Playboy Premium E-Cigarette (Kit) - Apple (0mg Nicotine) |  | 1,440 | 3.30 | 4,752.00 |
| PBP-ECK-PE | Playboy Premium E-Cigarette (Kit) - Peach (0mg Nicotine) |  | 1,440 | 3.30 | 4,752.00 |
| PBP-ECK-VA | Playboy Premium E-Cigarette (Kit) - Vanilla (0mg Nicotine) |  | 1,440 | 3.30 | 4,752.00 |
| PBP-ECK-ST | Playboy Premium E-Cigarette (Kit) - Strawberry (0mg Nicotine) |  | 1,440 | 3.30 | 4,752.00 |
| Total Quantity |  |  | 5,760 | 0.00 | 0.00 |
|  | Sub-Total |  |  |  | 19,008.00 |
| PBH-DISP-AP | Playboy Hookah (Disposable) - Apple (0mg Nicotine) |  | 16,080 | 2.86 | 45,988.80 |
| PBH-DISP-CP | Playboy Hookah (Disposable) - Cappuccino (0mg Nicotine) |  | 16,080 | 2.86 | 45,988.80 |

| E-mail | Web Site | Total |
|---|---|---|
|  |  | **Payments/Credits** |
| nicholai@ucs-world.com | www.playboyvapor.com | **Balance Due** |

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

# Invoice

Wire Instructions :
Bank Name : Wells Fargo Bank
Account Name : United Convenience Supply, LLC
Bank Account# :7735 735 537 / Routing# 121000248
IBAN : WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90067

**PAID 12/09/2014**

| Date | Invoice # |
|---|---|
| 11/10/2014 | 1105 |

**Bill To**
Megacor Investments (Pty) Ltd
231 Chamberlain Road
Durban
4001
South Africa

**Ship To**
India

| Proforma Inv ... | UCS PO No. | Terms | Due Date | Rep | ETD | F.O.B. |
|---|---|---|---|---|---|---|
| | | | | Nic A | 11/10/2014 | |

| Item Code | Description | Pallet | Quantity | USD Price | Amount |
|---|---|---|---|---|---|
| PBH-DISP-CO | Playboy Hookah (Disposable) - Chocolate (0mg Nicotine) | | 16,080 | 2.86 | 45,988.80 |
| PBH-DISP-VA | Playboy Hookah (Disposable) - Vanilla (0mg Nicotine) | | 16,080 | 2.86 | 45,988.80 |
| PBH-DISP-WM | Playboy Hookah (Disposable) - Watermelon (0mg Nicotine) | | 16,080 | 2.86 | 45,988.80 |
| PBH-DISP-ST | Playboy Hookah (Disposable) - Strawberry (0mg Nicotine) | | 16,080 | 2.86 | 45,988.80 |
| Total Quantity | Sub-Total | | 96,480 | 0.00 | 0.00 |
| Discount | 50% Discount | | | | 275,932.80 |
| Discount | Additional discount | | | -723,458.16 | -723,458.16 |
| Misc | Wire Received 3/31/2014 - Payment for PINV#1102 - $121,025.72 (Ref: Inv#1100) | | | -60,000.00 | -60,000.00 |
| | | | | -121,025.72 | -121,025.72 |
| Misc | Wire Received 7/24/2014 - Payment for PINV#1102 - $121,025.72 (Ref: Inv#1100) | | | -121,025.72 | -121,025.72 |
| Misc | CM#1059 Applied - Over Payment for INV#1007 - $5058.06 | | | 0.00 | 0.00 |
| Misc | CM#1060 Applied - Short shipment for INV#1007 - $1066.68 | | | 0.00 | 0.00 |
| Misc | CM#1035 Applied - Distributor didn't receive 400pc of E-liquid from PINV#1041 - $516 | | | 0.00 | 0.00 |
| | Wire received 11-24-14 $224,975.00 applied | | | | |

| E-mail | Web Site | Total | |
|---|---|---|---|
| nicholai@ucs-world.com | www.playboyvapor.com | Payments/Credits | |
| | | Balance Due | |

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

# Invoice

Wire Instructions :
Bank Name : Wells Fargo Bank
Account Name : United Convenience Supply, LLC
Bank Account# :7735 735 537 / Routing# 121000248
IBAN : WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90067

PAID 12/09/2014

| Date | Invoice # |
|---|---|
| 11/10/2014 | 1105 |

**Bill To**
Megacor Investments (Pty) Ltd
231 Chamberlain Road
Durban
4001
South Africa

**Ship To**
India

| Proforma Inv ... | UCS PO No. | Terms | Due Date | Rep | ETD | F.O.B. |
|---|---|---|---|---|---|---|
| | | | | Nic A | 11/10/2014 | |

| Item Code | Description | Pallet | Quantity | USD Price | Amount |
|---|---|---|---|---|---|
| | Wire received 12-9-14 $189,740.98 applied | | | | |

E-mail: nicholai@ucs-world.com
Web Site: www.playboyvapor.com

| Total | $421,406.72 |
|---|---|
| **Payments/Credits** | -$421,406.72 |
| **Balance Due** | $0.00 |