**EXHIBIT "8"**

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

# Invoice

| Date | Invoice # |
|---|---|
| 12/3/2014 | 1109 |

Wire Instructions :
Bank Name : Wells Fargo Bank
Account Name : United Convenience Supply, LLC
Bank Account# :7735 735 537 / Routing# 121000248
IBAN : WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90062

| Bill To | Ship To |
|---|---|
| Megacor Investments (Pty) Ltd<br>231 Chamberlain Road<br>Durban<br>4001<br>South Africa | India |

| Proforma Inv ... | UCS PO No. | Terms | Due Date | Rep | ETD | F.O.B. |
|---|---|---|---|---|---|---|
| | | | | Nic A | 12/3/2014 | China |

| Item Code | Description | Pallet | Quantity | USD Price | Amount |
|---|---|---|---|---|---|
| PBEL-EHRP-G... | Playboy Rechargeable E-Hookah Refill Packs - Grape (0mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-G... | Playboy Rechargeable E-Hookah Refill Packs - Grape (8mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-G... | Playboy Rechargeable E-Hookah Refill Packs - Grape (18mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-... | Playboy Rechargeable E-Hookah Refill Packs - Menthol (0mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-... | Playboy Rechargeable E-Hookah Refill Packs - Menthol (8mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-... | Playboy Rechargeable E-Hookah Refill Packs - Menthol (18mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-S... | Playboy Rechargeable E-Hookah Refill Packs - Strawberry (0mg Nicotine) | | 640 | 0.33 | 211.20 |
| PBEL-EHRP-S... | Playboy Rechargeable E-Hookah Refill Packs - Strawberry (8mg Nicotine) | | 640 | 0.33 | 211.20 |
| PBEL-EHRP-S... | Playboy Rechargeable E-Hookah Refill Packs - Strawberry (18mg Nicotine) | | 640 | 0.33 | 211.20 |
| PBEL-EHRP-C... | Playboy Rechargeable E-Hookah Refill Packs - Classic Tobacco (0mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-C... | Playboy Rechargeable E-Hookah Refill Packs - Classic Tobacco (8mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-C... | Playboy Rechargeable E-Hookah Refill Packs - Classic Tobacco (18mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-B... | Playboy Rechargeable E-Hookah Refill Packs - Bubble Gum (0mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-B... | Playboy Rechargeable E-Hookah Refill Packs - Bubble Gum (8mg Nicotine) | | 2,560 | 0.33 | 844.80 |

| E-mail | Web Site | Total | |
|---|---|---|---|
| | | **Payments/Credits** | |
| nicholai@ucs-world.com | www.playboyvapor.com | **Balance Due** | |

Page 1

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

# Invoice

| Date | Invoice # |
|---|---|
| 12/3/2014 | 1109 |

Wire Instructions :
Bank Name : Wells Fargo Bank
Account Name : United Convenience Supply, LLC
Bank Account# :7735 735 537 / Routing# 121000248
IBAN : WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles. CA 90062

| Bill To | Ship To |
|---|---|
| Megacor Investments (Pty) Ltd<br>231 Chamberlain Road<br>Durban<br>4001<br>South Africa | India |

| Proforma Inv ... | UCS PO No. | Terms | Due Date | Rep | ETD | F.O.B. |
|---|---|---|---|---|---|---|
| | | | | Nic A | 12/3/2014 | China |

| Item Code | Description | Pallet | Quantity | USD Price | Amount |
|---|---|---|---|---|---|
| PBEL-EHRP-B... | Playboy Rechargeable E-Hookah Refill Packs - Bubble Gum (18mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-... | Playboy Rechargeable E-Hookah Refill Packs - Watermelon (0mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-... | Playboy Rechargeable E-Hookah Refill Packs - Watermelon (8mg Nicotine) | | 2,560 | 0.33 | 844.80 |
| PBEL-EHRP-... | Playboy Rechargeable E-Hookah Refill Packs - Watermelon (18mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-... | Playboy Rechargeable E-Hookah Refill Packs - Mango (0mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-... | Playboy Rechargeable E-Hookah Refill Packs - Mango (8mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-... | Playboy Rechargeable E-Hookah Refill Packs - Mango (18mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-C... | Playboy Rechargeable E-Hookah Refill Packs - Cuban Cigar (0mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-C... | Playboy Rechargeable E-Hookah Refill Packs - Cuban Cigar (8mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| BEL-EHRP-C... | Playboy Rechargeable E-Hookah Refill Packs - Cuban Cigar (18mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-T... | Playboy Rechargeable E-Hookah Refill Packs - Tutti Fruti (0mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-T... | Playboy Rechargeable E-Hookah Refill Packs - Tutti Fruti (8mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-T... | Playboy Rechargeable E-Hookah Refill Packs - Tutti Fruti (18mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-V... | Playboy Rechargeable E-Hookah Refill Packs - Vanilla (0mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |

| E-mail | Web Site | Total | |
|---|---|---|---|
| nicholai@ucs-world.com | www.playboyvapor.com | Payments/Credits | |
| | | Balance Due | |

Page 2

United Convenience Supply, LLC

1901 Ave. of the Stars, Suite 470

Los Angeles, CA 90067

Tel No. 310-551-4100

# Invoice

Wire Instructions :
Bank Name : Wells Fargo Bank
Account Name : United Convenience Supply, LLC
Bank Account# :7735 735 537 / Routing# 121000248
IBAN : WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90062

| Date | Invoice # |
|---|---|
| 12/3/2014 | 1109 |

| Bill To | Ship To |
|---|---|
| Megacor Investments (Pty) Ltd<br>231 Chamberlain Road<br>Durban<br>4001<br>South Africa | India |

| Proforma Inv ... | UCS PO No. | Terms | Due Date | Rep | ETD | F.O.B. |
|---|---|---|---|---|---|---|
| | | | | Nic A | 12/3/2014 | China |

| Item Code | Description | Pallet | Quantity | USD Price | Amount |
|---|---|---|---|---|---|
| PBEL-EHRP-V... | Playboy Rechargeable E-Hookah Refill Packs - Vanilla (8mg Nicotine) | | 2,560 | 0.33 | 844.80 |
| PBEL-EHRP-V... | Playboy Rechargeable E-Hookah Refill Packs - Vanilla (18mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-C... | Playboy Rechargeable E-Hookah Refill Packs - Cherry (0mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-C... | Playboy Rechargeable E-Hookah Refill Packs - Cherry (8mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| PBEL-EHRP-C... | Playboy Rechargeable E-Hookah Refill Packs - Cherry (18mg Nicotine) | | 3,200 | 0.33 | 1,056.00 |
| Total Quantity | | | 96,000 | 0.00 | 0 00 |

| E-mail | Web Site | Total | $31,680.00 |
|---|---|---|---|
| | | **Payments/Credits** | $0.00 |
| nicholai@ucs-world.com | www.playboyvapor.com | **Balance Due** | $31,680.00 |