EXHIBIT "9"

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067
Tel No. 310-551-4100

# Invoice

| Date | Invoice # |
|---|---|
| 12/3/2014 | 1110 |

Wire Instructions:
Bank Name: Wells Fargo Bank
Account Name: United Convenience Supply, LLC
Bank Account#: 7735 735 537 / Routing# 121000248
IBAN: WFBIUS6S
Bank Address: 1800 Ave of the Stars, Los Angeles, CA 90062

**Bill To**
Megacor Investments (Pty) Ltd
231 Chamberlain Road
Durban
4001
South Africa

**Ship To**
South Africa

| Proforma Inv ... | UCS PO No. | Terms | Due Date | Rep | ETD | F.O.B. |
|---|---|---|---|---|---|---|
| | | | | Nic A | 12/3/2014 | China |

| Item Code | Description | Pallet | Quantity | USD Price | Amount |
|---|---|---|---|---|---|
| PBEL-EHRP-... | Playboy Rechargeable E-Hookah Refill Packs - Menthol (0mg Nicotine) | | 640 | 0.33 | 211.20 |
| PBEL-EHRP-... | Playboy Rechargeable E-Hookah Refill Packs - Menthol (18mg Nicotine) | | 3,840 | 0.33 | 1,267.20 |
| PBEL-EHRP-C... | Playboy Rechargeable E-Hookah Refill Packs - Classic Tobacco (18mg Nicotine) | | 3,840 | 0.33 | 1,267.20 |
| PBEL-EHRP-C... | Playboy Rechargeable E-Hookah Refill Packs - Cuban Cigar (18mg Nicotine) | | 1,920 | 0.33 | 633.60 |
| PBEL-EHRP-T... | Playboy Rechargeable E-Hookah Refill Packs - Tutti Fruti (18mg Nicotine) | | 3,840 | 0.33 | 1,267.20 |
| PBEL-EHRP-L... | Playboy Rechargeable E-Hookah Refill Packs - Lambert & Butler (18mg Nicotine) | | 1,280 | 0.33 | 422.40 |
| Total Quantity | | | 15,360 | 0.00 | 0.00 |

| E-mail | Web Site | | |
|---|---|---|---|
| nicholai@ucs-world.com | www.playboyvapor.com | **Total** | $5,068.80 |
| | | **Payments/Credits** | $0.00 |
| | | **Balance Due** | $5,068.80 |