**EXHIBIT "10"**

United Medical Devices

1901 Ave. of the Stars
Suite 470
Los Angeles, CA 90067

# Invoice

| Date | Invoice # |
|---|---|
| 3/14/2013 | 2258 |

| Bill To | Ship To |
|---|---|
| Kiran Sales (Pty) Ltd.<br>231 Chamberlain Road<br>Jacobs, Durban<br>4052 South Africa | SOUTH AFRICA |

| UMD P.O. | Proforma Inv. Number | Customer P.O. | Expected | Ship Date | FOB |
|---|---|---|---|---|---|
| 2112 | 2109/026-2013 | ACCRUAL | 3/14/2013 | 3/14/2013 | THAILAND |

| Item Code | Gross | boxes | USD per gr... | Lot Number | Description | Amount |
|---|---|---|---|---|---|---|
| Lubricated Box of 3 Africa | 1,000 | | 30.56 | | Playboy Box of 3 Lubricated Condoms Africa | 30,560.00 |
| Dotted Box of 3 Africa | 1,000 | | 30.56 | | Playboy Box of 3 Dotted Condoms Africa | 30,560.00 |
| Ultra Thin Box of 3 Africa | 1,000 | | 30.56 | | Playboy Box of 3 Ultra Thin Condoms Africa | 30,560.00 |
| Large Size Box of 3 Africa | 1,000 | | 30.56 | | Playboy Box of 3 Large Size Condoms Africa | 30,560.00 |
| Ribbed box of 3 Africa | 1,000 | | 30.56 | | Playboy Box of 3 Ribbed | 30,560.00 |
| 3 in 1 box of 3 Africa | 1,000 | | 30.56 | | Playboy Box of 3 Lubricated Dotted and Ribbed - 3 in 1 | 30,560.00 |
| Strawberry box of 3 Africa | 1,000 | | 30.56 | | Playboy Box of 3 Strawberry<br>***ITEMS 1-7 : 3 PIECES/STRIP,1 STRIP/INNER BOX (NO HANGER) + LEAFLET, TEAR-TAPE WRAPPING, 6 INNER BOXES/DISPLAY(NO OB) | 30,560.00 |
| Lubricated Box of 3 Africa | 1,000 | | 28.80 | | Playboy Box of 3 Lubricated Condoms Africa | 28,800.00 |
| Dotted Box of 3 Africa | 1,000 | | 28.80 | | Playboy Box of 3 Dotted Condoms Africa | 28,800.00 |
| Ultra Thin Box of 3 Africa | 1,000 | | 28.80 | | Playboy Box of 3 Ultra Thin Condoms Africa | 28,800.00 |
| Large Size Box of 3 Africa | 1,000 | | 28.80 | | Playboy Box of 3 Large Size Condoms Africa | 28,800.00 |
| Ribbed box of 3 Africa | 1,000 | | 28.80 | | Playboy Condom Ribbed Box of 3's - Africa | 28,800.00 |
| 3 in 1 box of 3 Africa | 1,000 | | 28.80 | | Playboy Condom 3 in 1 Box of 3's-Africa | 28,800.00 |
| Strawberry box of 3 Africa | 1,000 | | 28.80 | | Playboy Condom Strawberry Box of 3's - Africa | 28,800.00 |

| Down Payment of 50% Required at Ordering<br>E-mail | Web Site | Total |
|---|---|---|
| | | **Payments/Credits** |
| nicholai@umdworld.com | www.playboycondoms.com<br>Page 1 | **Balance Due** |

United Medical Devices

1901 Ave. of the Stars
Suite 470
Los Angeles, CA 90067

# Invoice

| Date | Invoice # |
|---|---|
| 3/14/2013 | 2258 |

| Bill To | Ship To |
|---|---|
| Kiran Sales (Pty) Ltd.<br>231 Chamberlain Road<br>Jacobs, Durban<br>4052 South Africa | SOUTH AFRICA |

| UMD P.O. | Proforma Inv. Number | Customer P.O. | Expected | Ship Date | FOB |
|---|---|---|---|---|---|
| 2112 | 2109/026-2013 | ACCRUAL | 3/14/2013 | 3/14/2013 | THAILAND |

| Item Code | Gross | boxes | USD per gr... | Lot Number | Description | Amount |
|---|---|---|---|---|---|---|
| Total Gross | 14,000 | | 0.00 | | ***ITEMS ABOVE PACKING : 3 PIECES/STRIP.1 STRIP/INNER BOX(WITH VERTICAL SELF-CARD BOARD HANGER) + LEAFLET,48 INNER BOXES/OUTER BOXES<br><br>Sub-Total | 0.00<br><br>415,520.00 |
| Discount | | | -80,640.00 | | Exceptional Discount 20% (BASED ON TOTAL DUE BEFORE ADDTL PACKAGING)<br>Sub-Total | -80,640.00<br><br>334,880.00 |
| Deposit | | | -161,280.00 | | DEPOSIT RECEIVED 12-24-12<br><br>CONT 3 & 4 : 2 X 20 FT<br>TERMS : 50% DEPOSIT, BALANCE BEFORE SHIPMENT | -161,280.00 |

| Down Payment of 50% Required at Ordering<br>E-mail | Web Site | Total | $173,600.00 |
|---|---|---|---|
| | | Payments/Credits | $0.00 |
| nicholai@umdworld.com | www.playboycondoms.com | **Balance Due** | $173,600.00 |

Page 2