# EXHIBIT "11"

United Medical Devices

1901 Ave. of the Stars
Suite 470
Los Angeles, CA 90067

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/14/2013 | 2259 |

| Bill To | Ship To |
|---------|---------|
| Kiran Sales (PTY) Ltd.<br>231 Chamberlain Road<br>Jacobs, Durban<br>4052 South Africa | SOUTH AFRICA |

| UMD P.O. | Proforma Inv. Number | Customer P.O. | Expected | Ship Date | FOB |
|----------|----------------------|---------------|----------|-----------|-----|
| 2113 | 2108/029-2013 | ACCRUED | 3/14/2013 | 3/14/2013 | THAILAND |

| Item Code | Gross | boxes | USD per gr... | Lot Number | Description | Amount |
|-----------|-------|-------|---------------|------------|-------------|--------|
| Lubricated Box of 12 Africa | 1,000 | | 21.00 | | Playboy Box of 12 Lubricated Condoms Africa | 21,000.00 |
| Dotted Box of 12 Africa | 1,000 | | 21.00 | | Playboy Box of 12 Dotted Condoms Africa | 21,000.00 |
| Ultra Thin Box of 12 Africa | 1,000 | | 21.00 | | Playboy Box of 12 Ultra Thin Condoms Africa | 21,000.00 |
| Large Size Box of 12 Africa | 1,000 | | 21.00 | | Playboy Box of 12 Large Size Condoms Africa | 21,000.00 |
| Strawberry Box of 12 Africa | 1,000 | | 21.00 | | Playboy Condom Strawberry Box of 12 - Africa | 21,000.00 |
| Ribbed Box of 12 x 12 Africa | 1,000 | | 21.00 | | Playboy Condom Ribbed Box of 12 - Africa | 21,000.00 |
| 3 in 1 Box of 12 x 12 Africa | 1,000 | | 21.00 | | Playboy Condom 3 in 1 Box of 12 - Africa | 21,000.00 |
| Gross | 7,000 | | 0.00 | | | 0.00 |
| | | | | | Sub-Total | 147,000.00 |
| Discount | | | -29,400.00 | | Discount 20% | -29,400.00 |
| | | | | | Sub-Total | 117,600.00 |
| | | | | | CONT 5 : 1 X 20 FT | |
| | | | | | TERMS : 50% DOWN, BALANCE BEFORE SHIPMENT | |
| Deposit | | | -58,800.00 | | DEPOSIT RECEIVED 12-24-12 | -58,800.00 |

| Down Payment of 50% Required at Ordering E-mail | Web Site | Total | $58,800.00 |
|---|---|---|---|
| | | Payments/Credits | $0.00 |
| nicholai@umdworld.com | www.playboycondoms.com | Balance Due | $58,800.00 |