**EXHIBIT "12"**

.d Convenience Supply, LLC
.1 Ave. of the Stars, Suite 470
.os Angeles, CA 90067

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 6/14/2013 | 1009 |

UCS Wire Instructions :
Account Name: United Convenience Supply, LLC/ Bank Name : Wells Fargo Bank
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Bill To | Ship To |
|---|---|
| Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa | SOUTH AFRICA |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB |
|---|---|---|---|---|
| Nic email | 50% Deposit Required | UPON RECEIPT | Nic A | CHINA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBL-Lub-WB | Lubricants - Water Based Regular | | 32,000 | 2.50 | 80,000.00 |
| PBL-Lub-2in1 | Lubricants - 2-in-1 | | 32,000 | 2.50 | 80,000.00 |
| PBL-Lubri-WM | Lubricants - Warming | | 32,000 | 2.50 | 80,000.00 |
| PBL-Lubri-ST | Lubricants - Strawberry | | 32,000 | 2.50 | 80,000.00 |
| PBL-Lub-SL | Lubricants - Silicone | | 32,000 | 4.00 | 128,000.00 |
| Total Quantity | IN BOTTLES | | 160,000 | 0.00 | 0.00 |
| | Sub-Total | | | | 448,000.00 |
| | CONT 1 : 2 X 20FT | | | | |
| | TERMS : 50% DEPOSIT DUE = $224,000.00 | | | | |
| Deposit | WIRE RECEIVED ON 6-24-13 | | | -224,000.00 | -224,000.00 |

| Phone # | Web Site | E-mail | Total | $224,000.00 |
|---|---|---|---|---|
| 310-551-4100 | | | | |

LESS : 5% DISCOUNT (22,400)
ON INVOICE

$201,600.