**EXHIBIT "13"**

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2013 | 1007 |

Wire Instructions :
Account Name : United Convenience Supply, LLC    Bank Name : Wells Fargo Bank
Bank Account= :7735 735 537   Routing= 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Bill To | Ship To |
|---|---|
| Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa | SOUTH AFRICA |

| UCS PO No. | Proforma In... | Terms | Due Date | Rep | ETD | F.O.B. |
|---|---|---|---|---|---|---|
| EST-1006 | PER NIC 1003 | 50% Deposit Required | UPON RECEIPT | Nic A | 8/6/2013 | CHINA |

| Item Code | Description | Pallet | Quantity | USD Price | Amount |
|---|---|---|---|---|---|
| PBP-ECD-BT | Playboy Premium E-Cigarette(Disposable)-Bold Tobacco(Nicotine 2.4%) | | 24,192 | 2.59 | 62,657.28 |
| PBP-ECD-CT | Playboy Premium E-Cigarette(Disposable) - Classic Tobacco (Nicotine-1.8%) | | 24,192 | 2.59 | 62,657.28 |
| PBP-ECD-ULT... | Playboy Premium E-Cigarette(Disposable)-Ultra Light Tobacco (Nicotine- 0.8%) | | 24,192 | 2.59 | 62,657.28 |
| PBP-ECD-ME | Playboy Premium E-Cigarette(Disposable) - Menthol (Nicotine- 1.8%) | | 24,192 | 2.59 | 62,657.28 |
| Total Quantity | | 6 | 96,768 | 0.00 | 0.00 |
| | Sub-Total | | | | 250,629.12 |
| PBP-ECD-PEN... | Playboy Premium E-Cigarette(Disposable) - Peach (Nicotine- 1.8%) | | 8,064 | 2.59 | 20,885.76 |
| PBP-ECD-VA... | Playboy Premium E-Cigarette(Disposable) - Vanilla (Nicotine- 1.8%) | | 8,064 | 2.59 | 20,885.76 |
| PBP-ECD-STN... | Playboy Premium E-Cigarette(Disposable) - Strawberry (Nicotine- 1.8%) | | 8,064 | 2.59 | 20,885.76 |
| PBP-ECD-AP... | Playboy Premium E-Cigarette (Disposable) - Apple (Nicotine 1.8%) | | 8,064 | 2.59 | 20,885.76 |
| Total Quantity | | 2 | 32,256 | 0.00 | 0.00 |
| | Sub-Total | | | | 83,543.04 |
| PBP-ECK-BT | Playboy Premium E-Cigarette(Kit)-Bold Tobacco(Nicotine 2.4%) | | 4,032 | 4.95 | 19,958.40 |
| PBP-ECK-CT | Playboy Premium E-Cigarette(Kit) - Classic Tobacco (Nicotine-1.8%) | | 4,032 | 4.95 | 19,958.40 |
| PBP-ECK-AP... | Playboy Premium E-Cigarette(Kit) - Apple (Nicotine- 1.8%) | | 2,016 | 4.95 | 9,979.20 |

| E-mail | Web Site | Total |
|---|---|---|
| | | **Payments/Credits** |
| | | **Balance Due** |

Page 1

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2013 | 1007 |

Wire Instructions :
Account Name : United Convenience Supply, LLC   Bank Name : Wells Fargo Bank
Bank Account# :7735 735 537   Routing# 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Bill To | Ship To |
|---|---|
| Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa | SOUTH AFRICA |

| UCS PO No. | Proforma In. | Terms | Due Date | Rep | ETD | F.O.B. |
|---|---|---|---|---|---|---|
| EST#1006 | PER NIC 1003 | 50% Deposit Required | UPON RECEIPT | Nic A | 8/6/2013 | CHINA |

| Item Code | Description | Pallet | Quantity | USD Price | Amount |
|---|---|---|---|---|---|
| PBP-ECK-ME | Playboy Premium E-Cigarette(Kit) - Menthol (Nicotine- 1.8%) | | 4,032 | 4.95 | 19,958.40 |
| PBP-ECK-PEN... | Playboy Premium E-Cigarette(Kit) - Peach (Nicotine- 1.8%) | | 2,016 | 4.95 | 9,979.20 |
| PBP-ECK-VA... | Playboy Premium E-Cigarette(Kit) - Vanilla (Nicotine- 1.8%) | | 2,016 | 4.95 | 9,979.20 |
| PBP-ECK-STN... | Playboy Premium E-Cigarette(Kit) - Strawberry (Nicotine- 1.8%) | | 2,016 | 4.95 | 9,979.20 |
| PBP-ECK-ULT... | Playboy Premium E-Cigarette(Kit) - Ultra Light Tobacco (Nicotine- 0.8%) | | 4,032 | 4.95 | 19,958.40 |
| Total Quantity | Sub-Total | 3 | 24,192 | 0.00 | 0.00<br>119,750.40 |
| PBP-ECR-BT | Playboy Premium E-Cigarette(Refill Pack)-Bold Tobacco(Nicotine 2.4%) | | 6,048 | 2.59 | 15,664.32 |
| PBP-ECR-CT | Playboy Premium E-Cigarette(Refill Pack) - Classic Tobacco (Nicotine-1.8%) | | 6,048 | 2.59 | 15,664.32 |
| BP-ECR-APN... | Playboy Premium E-Cigarette (Refill Pack) - Apple (Nicotine- 1.8%) | | 2,016 | 2.59 | 5,221.44 |
| PBP-ECR-ME | Playboy Premium E-Cigarette(Refill Pack) - Menthol (Nicotine- 1.8%) | | 6,048 | 2.59 | 15,664.32 |
| PBP-ECR-VA... | Playboy Premium E-Cigarette(Refill Pack) - Vanilla (Nicotine- 1.8%) | | 2,016 | 2.59 | 5,221.44 |
| PBP-ECR-PEN... | Playboy Premium E-Cigarette(Refill Pack) - Peach (Nicotine- 1.8%) | | 2,016 | 2.59 | 5,221.44 |
| PBP-ECR-STN... | Playboy Premium E-Cigarette(Refill Pack) - Strawberry (Nicotine- 1.8%) | | 2,016 | 2.59 | 5,221.44 |

| E-mail | Web Site | Total |
|---|---|---|
| | | Payments/Credits |
| | | **Balance Due** |

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2013 | 1007 |

Wire Instructions :
Account Name : United Convenience Supply, LLC    Bank Name :  Wells Fargo Bank
Bank Account# :7735 735 537   Routing# 121000248
IBAN :  WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Bill To | Ship To |
|---|---|
| Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa | SOUTH AFRICA |

| UCS PO No. | Proforma In. | Terms | Due Date | Rep | ETD | F.O.B. |
|---|---|---|---|---|---|---|
| EST#1006 | PER NIC 1003 | 50% Deposit Required | UPON RECEIPT | Nic A | 8/6/2013 | CHINA |

| Item Code | Description | Pallet | Quantity | USD Price | Amount |
|---|---|---|---|---|---|
| PBP-ECR-ULT... | Playboy Premium E-Cigarette(Refill Pack) - Ultra Light Tobacco (Nicotine- 0.8%) | 1 | 6,048 | 2.59 | 15,664.32 |
| Total Quantity | Sub-Total | | 32,256 | 0.00 | 0.00<br>83,543.04 |
| PBH-DISP-AP | Playboy Hookah (Disposable) - Apple(Nicotine 0%) | | 2,304 | 3.95 | 9,100.80 |
| PBH-DISP-MT | Playboy Hookah (Disposable) - Mint Tea (Nicotine 0%) | | 2,304 | 3.95 | 9,100.80 |
| PBH-DISP-CO | Playboy Hookah (Disposable) - Chocolate (Nicotine 0%) | | 2,304 | 3.95 | 9,100.80 |
| PBH-DISP-VA | Playboy Hookah (Disposable) - Vanilla(Nicotine 0%) | | 2,304 | 3.95 | 9,100.80 |
| PBH-DISP-ST | Playboy Hookah (Disposable) - Strawberry (Nicotine 0%) | | 2,304 | 3.95 | 9,100.80 |
| PBH-DISP-CH | Playboy Hookah (Disposable) - Cherry (Nicotine 0%) | | 2,304 | 3.95 | 9,100.80 |
| BH-DISP-GR | Playboy Hookah (Disposable) - Grape (Nicotine 0%) | | 2,304 | 3.95 | 9,100.80 |
| Total Quantity | Sub-Total | 2 | 16,128 | 0.00 | 0.00<br>63,705.60 |
| PBEL-EHRP-... | Playboy Rechargeable E-Hookah Refill Packs - Mint Tea (Nicotine 0.8%) | | 3,580 | 1.89 | 6,766.20 |
| PBEL-EHRP-C... | Playboy Rechargeable E-Hookah Refill Packs - Chocolate (Nicotine 0.8%) | | 3,580 | 1.89 | 6,766.20 |
| PBEL-EHRP-V... | Playboy Rechargeable E-Hookah Refill Packs - Vanilla (Nicotine 0.8%) | | 3,580 | 1.89 | 6,766.20 |

| E-mail | Web Site | **Total** | |
|---|---|---|---|
| | | **Payments/Credits** | |
| | | **Balance Due** | |

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Invoice

| Date | Invoice # |
|---|---|
| 7/31/2013 | 1007 |

Wire Instructions:
Account Name: United Convenience Supply, LLC    Bank Name: Wells Fargo Bank
Bank Account#: 7735 735 537   Routing# 121000248
IBAN: WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Bill To | Ship To |
|---|---|
| Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa | SOUTH AFRICA |

| UCS PO No. | Proforma In... | Terms | Due Date | Rep | ETD | F.O.B. |
|---|---|---|---|---|---|---|
| EST#1006 | PER NIC 1003 | 50% Deposit Required | UPON RECEIPT | Nic A | 8/6/2013 | CHINA |

| Item Code | Description | Pallet | Quantity | USD Price | Amount |
|---|---|---|---|---|---|
| PBEL-EHRP-S... | Playboy Rechargeable E-Hookah Refill Packs - Strawberry (Nicotine 0.8%) | | 3,580 | 1.89 | 6,766.20 |
| PBEL-EHRP-C... | Playboy Rechargeable E-Hookah Refill Packs - Cherry (Nicotine 0.8%) | | 3,580 | 1.89 | 6,766.20 |
| PBEL-EHRP-G... | Playboy Rechargeable E-Hookah Refill Packs - Grape (Nicotine 0.8%) | | 3,580 | 1.89 | 6,766.20 |
| PBEL-EHRP-A... | Playboy Rechargeable E-Hookah Refill Packs - Apple (Nicotine 0.8%) | | 3,580 | 1.89 | 6,766.20 |
| PBEL-EHRP-C... | Playboy Rechargeable E-Hookah Refill Packs - Cohiba (Nicotine 1.8%) - 2.4 | | 3,620 | 1.89 | 6,841.80 |
| PBEL-EHRP-... | Playboy Rechargeable E-Hookah Refill Packs - Marlboro (Nicotine 1.8%) | | 3,580 | 1.89 | 6,766.20 |
| PBEL-EHRP-... | Playboy Rechargeable E-Hookah Refill Packs - Marlboro Menthol (Nicotine 1.8%) | | 3,580 | 1.89 | 6,766.20 |
| Total Quantity | | | 35,840 | | |
| | Sub-Total | 1 | | 0.00 | 0.00 |
| | | | | | 67,737.60 |
| PBH-RR | Playboy Hookah (Rechargeable Refillable) | 1 | 9,588 | 7.50 | 71,910.00 |
| | CONT 1 : 2 X 20FT (16 PALLETS)<br>PAYMENTS RECEIVED:<br>WIRE 5-28-13   $121,465.00<br>WIRE 6-24-13   $249,825.20<br><br>REVISED 6-28-13; 7-2-13; 7-19-13 | | | | |

| E-mail | Web Site | Total | $740,818.80 |
|---|---|---|---|
| | | **Payments/Credits** | $-371,310.20 |
| | | **Balance Due** | $369,508.60 |