**EXHIBIT "14"**

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Proforma Invoice

UCS Wire Instructions :
Account Name: United Convenience Supply, LLC/ Bank Name : Wells Fargo Bank
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Date | Proforma # |
|---|---|
| 9/19/2013 | 1041 |

| Bill To | Ship To |
|---|---|
| Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa | Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB |
|---|---|---|---|---|
|  | 50% Deposit Required | UPON RECEIPT | Nic A | CHINA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBP-ECD-BT | Playboy Premium E-Cigarette(Disposable)-Bold Tobacco(Nicotine 2.4%) |  | 3,600 | 2.59 | 9,324.00 |
| PBP-ECD-CT | Playboy Premium E-Cigarette(Disposable) - Classic Tobacco (Nicotine-1.8%) |  | 3,600 | 2.59 | 9,324.00 |
| PBP-ECD-ME | Playboy Premium E-Cigarette(Disposable) - Menthol (Nicotine- 1.8%) |  | 2,592 | 2.59 | 6,713.28 |
| PBP-ECD-ULTN ... | Playboy Premium E-Cigarette(Disposable)-Ultra Light Tobacco (Nicotine- 0.8%) |  | 2,592 | 2.59 | 6,713.28 |
| PBP-ECD-APN1.8 | Playboy Premium E-Cigarette (Disposable) - Apple (Nicotine 1.8%) |  | 2,592 | 2.59 | 6,713.28 |
| PBP-ECD-PEN1.8 | Playboy Premium E-Cigarette(Disposable) - Peach (Nicotine- 1.8%) |  | 2,592 | 2.59 | 6,713.28 |
| PBP-ECD-VAN1.8 | Playboy Premium E-Cigarette(Disposable) - Vanilla (Nicotine- 1.8%) |  | 2,592 | 2.59 | 6,713.28 |
| PBP-ECD-STN1.8 | Playboy Premium E-Cigarette(Disposable) - Strawberry (Nicotine- 1.8%) |  | 2,592 | 2.59 | 6,713.28 |
|  | Sub-Total |  |  |  | 58,927.68 |
| Total Quantity |  |  | 22,752 | 0.00 | 0.00 |
| PBP-ECK-BT | Playboy Premium E-Cigarette(Kit)-Bold Tobacco(Nicotine 2.4%) |  | 1,440 | 4.95 | 7,128.00 |
| PBP-ECK-CT | Playboy Premium E-Cigarette(Kit) - Classic Tobacco (Nicotine-1.8%) |  | 1,440 | 4.95 | 7,128.00 |
| PBP-ECK-ME | Playboy Premium E-Cigarette(Kit) - Menthol (Nicotine- 1.8%) |  | 1,440 | 4.95 | 7,128.00 |
| PBP-ECK-ULTN... | Playboy Premium E-Cigarette(Kit) - Ultra Light Tobacco (Nicotine- 0.8%) |  | 1,440 | 4.95 | 7,128.00 |
| PBP-ECK-APN1.8 | Playboy Premium E-Cigarette(Kit) - Apple (Nicotine- 1.8%) |  | 720 | 4.95 | 3,564.00 |
| PBP-ECK-PEN1.8 | Playboy Premium E-Cigarette(Kit) - Peach (Nicotine- 1.8%) |  | 720 | 4.95 | 3,564.00 |

| Phone # | Web Site | E-mail | Total |
|---|---|---|---|
| 310-551-4100 |  |  |  |

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Proforma Invoice

UCS Wire Instructions :
Account Name: United Convenience Supply, LLC/ Bank Name : Wells Fargo Bank
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Date | Proforma # |
|---|---|
| 9/19/2013 | 1041 |

| Bill To | Ship To |
|---|---|
| Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa | Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB |
|---|---|---|---|---|
| | 50% Deposit Required | UPON RECEIPT | Nic A | CHINA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBP-ECK-VAN1.8 | Playboy Premium E-Cigarette(Kit) - Vanilla (Nicotine- 1.8%) | | 720 | 4.95 | 3,564.00 |
| PBP-ECK-STN1.8 | Playboy Premium E-Cigarette(Kit) - Strawberry (Nicotine- 1.8%) | | 720 | 4.95 | 3,564.00 |
| | Sub-Total | | | | 42,768.00 |
| Total Quantity | | | 8,640 | 0.00 | 0.00 |
| PBP-ECR-BT | Playboy Premium E-Cigarette(Refill Pack)-Bold Tobacco(Nicotine 2.4%) | | 1,440 | 2.59 | 3,729.60 |
| PBP-ECR-CT | Playboy Premium E-Cigarette(Refill Pack) - Classic Tobacco (Nicotine-1.8%) | | 1,440 | 2.59 | 3,729.60 |
| PBP-ECR-ME | Playboy Premium E-Cigarette(Refill Pack) - Menthol (Nicotine- 1.8%) | | 1,440 | 2.59 | 3,729.60 |
| PBP-ECR-ULTN0.8 | Playboy Premium E-Cigarette(Refill Pack) - Ultra Light Tobacco (Nicotine- 0.8%) | | 1,440 | 2.59 | 3,729.60 |
| PBP-ECR-APN1.8 | Playboy Premium E-Cigarette (Refill Pack) - Apple (Nicotine- 1.8%) | | 1,440 | 2.59 | 3,729.60 |
| PBP-ECR-PEN1.8 | Playboy Premium E-Cigarette(Refill Pack) - Peach (Nicotine- 1.8%) | | 1,440 | 2.59 | 3,729.60 |
| PBP-ECR-VAN1.8 | Playboy Premium E-Cigarette(Refill Pack) - Vanilla (Nicotine- 1.8%) | | 1,440 | 2.59 | 3,729.60 |
| PBP-ECR-STN1.8 | Playboy Premium E-Cigarette(Refill Pack) - Strawberry (Nicotine- 1.8%) | | 1,440 | 2.59 | 3,729.60 |
| | Sub-Total | | | | 29,836.80 |
| Total Quantity | | | 11,520 | 0.00 | 0.00 |
| PBH-DISP-CO | Playboy Hookah (Disposable) - Chocolate (Nicotine 0%) | | 720 | 3.95 | 2,844.00 |
| PBH-DISP-VA | Playboy Hookah (Disposable) - Vanilla(Nicotine 0%) | | 720 | 3.95 | 2,844.00 |
| PBH-DISP-AP | Playboy Hookah (Disposable) - Apple(Nicotine 0%) | | 720 | 3.95 | 2,844.00 |
| PBH-DISP-CH | Playboy Hookah (Disposable) - Cherry (Nicotine 0%) | | 720 | 3.95 | 2,844.00 |

| Phone # | Web Site | E-mail | **Total** |
|---|---|---|---|
| 310-551-4100 | | | |

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 9/19/2013 | 1041 |

UCS Wire Instructions :
Account Name: United Convenience Supply, LLC/ Bank Name : Wells Fargo Bank
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Bill To | Ship To |
|---|---|
| Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa | Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB |
|---|---|---|---|---|
| - | 50% Deposit Required | UPON RECEIPT | Nic A | CHINA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBH-DISP-ST | Playboy Hookah (Disposable) - Strawberry (Nicotine 0%) | | 720 | 3.95 | 2,844.00 |
| PBH-DISP-GR | Playboy Hookah (Disposable) - Grape (Nicotine 0%) | | 720 | 3.95 | 2,844.00 |
| | Sub-Total | | | | 17,064.00 |
| Total Quantity | | | 4,320 | 0.00 | 0.00 |
| PBH-RR-BEGO | Playboy Hookah (Rechargeable/Refillable)- Black EGO | | 1,344 | 7.50 | 10,080.00 |
| PBH-RR-PEGO | Playboy Hookah (Rechargeable/Refillable)- Pink EGO | | 1,344 | 7.50 | 10,080.00 |
| PBH-RR-WEGO | Playboy Hookah (Rechargeable/Refillable)- White EGO | | 1,344 | 7.50 | 10,080.00 |
| | Sub-Total | | | | 30,240.00 |
| Total Quantity | | | 4,032 | 0.00 | 0.00 |
| PBEL-EHRP-LM... | Playboy Rechargeable E-Hookah Refill Packs - Lambert & Butler (Nicotine 1.8% | | 640 | 1.29 | 825.60 |
| .EL-EHRP-ME... | Playboy Rechargeable E-Hookah Refill Packs - Menthol (Nicotine 0.8% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-ME... | Playboy Rechargeable E-Hookah Refill Packs - Menthol (Nicotine 1.8% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-ME... | Playboy Rechargeable E-Hookah Refill Packs - Menthol (Nicotine 2.4%) | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-TBS... | Playboy Rechargeable E-Hookah Refill Packs - Tobacco (Brand Series) (Nicotine 1.8%) | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-TBS... | Playboy Rechargeable E-Hookah Refill Packs - Tobacco (Brand Series) (Nicotine 2.4%) | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-BG1.8 | Playboy Rechargeable E-Hookah Refill Packs - Bubble Gum (Nicotine 1.8% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-BG2.4 | Playboy Rechargeable E-Hookah Refill Packs - Bubble Gum (Nicotine 2.4% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-WM... | Playboy Rechargeable E-Hookah Refill Packs - Watermelon (Nicotine 1.8%) | | 640 | 1.29 | 825.60 |

| Phone # | Web Site | E-mail | Total |
|---|---|---|---|
| 310-551-4100 | | | |

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Proforma Invoice

UCS Wire Instructions :
Account Name: United Convenience Supply, LLC/ Bank Name : Wells Fargo Bank
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Date | Proforma # |
|---|---|
| 9/19/2013 | 1041 |

| Bill To | Ship To |
|---|---|
| Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa | Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB |
|---|---|---|---|---|
|  | 50% Deposit Required | UPON RECEIPT | Nic A | CHINA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
|  | TERMS : 50% DEPOSIT DUE = $73,702.08 .<br>BALANCE BEFORE SHIPMENT |  |  |  |  |

| Phone # | Web Site | E-mail | Total | $147,404.16 |
|---|---|---|---|---|
| 310-551-4100 |  |  |  |  |

Page 5

LESS: 5% discount (9,933.5~)
on invoice

$137,471/-

United Convenience Supply, LLC
1901 Ave. of the Stars, Suite 470
Los Angeles, CA 90067

# Proforma Invoice

| Date | Proforma # |
|---|---|
| 9/19/2013 | 1041 |

UCS Wire Instructions :
Account Name: United Convenience Supply, LLC/ Bank Name : Wells Fargo Bank
Bank Account#: 7735 735 537 /Routing# : 121000248
IBAN : WFBIUS6S
Bank Address: 1801 Ave of the Stars, Los Angeles, CA 90067

| Bill To | Ship To |
|---|---|
| Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa | Quick Drinks Co. (Pty) Ltd.<br>PO Box 12425<br>Jacobs, 4026<br>Durban, South Africa |

| Cust P.O. No. | Deposit Terms | Due Date | Rep | FOB |
|---|---|---|---|---|
| | 50% Deposit Required | UPON RECEIPT | Nic A | CHINA |

| Item Code | Description | Pallet | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| PBEL-EHRP-WM... | Playboy Rechargeable E-Hookah Refill Packs - Watermelon (Nicotine 2.4% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-MG... | Playboy Rechargeable E-Hookah Refill Packs - Mango (Nicotine 1.8% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-MG... | Playboy Rechargeable E-Hookah Refill Packs - Mango (Nicotine 2.4% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-CC2.4 | Playboy Rechargeable E-Hookah Refill Packs - Cuban Cigar(Nicotine 2.4% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-CP1.8 | Playboy Rechargeable E-Hookah Refill Packs - Cappuccino (Nicotine 1.8% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-CP2.4 | Playboy Rechargeable E-Hookah Refill Packs - Cappuccino (Nicotine 2.4% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-RU... | Playboy Rechargeable E-Hookah Refill Packs - Rum (Nicotine 1.8% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-RU... | Playboy Rechargeable E-Hookah Refill Packs - Rum (Nicotine 2.4%) | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-VK... | Playboy Rechargeable E-Hookah Refill Packs - Vodka (Nicotine 1.8% | | 640 | 1.29 | 825.60 |
| .EL-EHRP-VK... | Playboy Rechargeable E-Hookah Refill Packs - Vodka (Nicotine 2.4% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-WH... | Playboy Rechargeable E-Hookah Refill Packs - Whisky (Nicotine 1.8% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-WH... | Playboy Rechargeable E-Hookah Refill Packs - Whisky (Nicotine 2.4% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-TF1.8 | Playboy Rechargeable E-Hookah Refill Packs - Tutti Fruti (Nicotine 1.8% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-TF2.4 | Playboy Rechargeable E-Hookah Refill Packs - Tutti Fruti (Nicotine 2.4% | | 640 | 1.29 | 825.60 |
| PBEL-EHRP-VA... | Playboy Rechargeable E-Hookah Refill Packs - Vanilla (Nicotine 1.8% | | 640 | 1.29 | 825.60 |
| | Sub-Total | | | | 19,814.40 |
| Total Quantity | | | 15,360 | 0.00 | 0.00 |
| Discount | Credit amount | | | -29,742.72 | -29,742.72 |
| Discount | Credit Memo | | | -21,504.00 | -21,504.00 |

| Phone # | Web Site | E-mail | **Total** |
|---|---|---|---|
| 310-551-4100 | | | |